**Exhibit B**

 

# Bexar County Sheriff's Office
## Susan L. Pamerleau, Sheriff
### Patrol Division Brief

# Activity Summary
## 2013

### Public Safety

| | |
|---|---|
| Calls For Service: | 87,975 |
| Officer Initiated Activity: | 94,809 |
| Offenses Reported: | 12,847 |
| Incidents Reported: | 19,336 |
| Violations Issued: | 71,236 |
| Warnings Issued: | 20,863 |

### Crashes (Accidents)

| | |
|---|---|
| Fatality Crashes: | 12 |
| Crashes with Injuries: | 736 |
| Non-Injury Crashes: | 2,824 |

### Alchohol Related Offenses

| | |
|---|---|
| Felony DWI: | 84 |
| Misdemeanor DWI: | 504 |
| DUI Minor: | 58 |
| Intoxication Manslaughter: | 0 |
| Intoxication Assault: | 1 |

### Arrested Persons

| | |
|---|---|
| Felony Arrests: | 743 |
| Misdemeanor Arrests: | 1,867 |

### Warrant Clearances

| | |
|---|---|
| Felony Warrants: | 381 |
| Misdemeanor Warrants: | 1,253 |
| Municipal Warrants: | 1,536 |

### Recovered Property

| | |
|---|---|
| Narcotics: | 544,174 *Grams* |
| Stolen Vehicles: | 296 |
| Estimated Value: | $2,877,140 |
| Weapons: | 12 |
| Estimated value: | $5,401 |
| Estimated value of other stolen property: | $181,271 |

 

# Bexar County Sheriff's Office
# Susan L. Pamerleau, Sheriff
## Patrol Division Brief

## Activity Summary
## 2014

### Public Safety

| | |
|---|---|
| Calls For Service | 95,961 |
| Officer Initiated Activity | 98,744 |
| Offenses Reported | 12,862 |
| Incidents Reported | 17,853 |
| Violations Issued | 67,681 |
| Warnings Issued | 19,001 |

### Arrested Persons

| | |
|---|---|
| Felony Arrest | 1,009 |
| Misdemeanor Arrests | 2,004 |

### Warrant Clearances

| | |
|---|---|
| Felony Warrants | 522 |
| Misdemeanor Warrant | 1,581 |
| Municipal Warrants | 2,106 |

### Crashes (Accidents)

| | |
|---|---|
| Fatal Crashes | 23 |
| Crashes with Injuries | 686 |
| Non-Injury Crashes | 2,784 |

### Alchohol Related Offenses

| | |
|---|---|
| Felony DWI | 90 |
| Misdemeanor DWI | 493 |
| DUI Minor | 50 |
| Intoxication Manslaughter | 5 |
| Intoxication Assault | 1 |

### Recovered Property

| | | |
|---|---|---|
| Narcotics | 152,104 | *Grams* |
| Stolen Vehicles | 361 | |
| Estimated Value | $3,177,615 | |
| Weapons | 14 | |
| Estimated Value | $5,650 | |
| Estimated Value of Other Stolen Property | $30,793 | |

 

# Bexar County Sheriff's Office
## Susan L. Pamerleau, Sheriff
### Patrol Division Brief

## Activity Summary
## 2015

### Public Safety

| | |
|---|---|
| Calls For Service | 105,454 |
| Officer Initiated Activity | 90,971 |
| Offenses Reported | 14,418 |
| Incidents Reported | 82,505 |
| Violations Issued | 64,342 |
| Warnings Issued | 27,892 |

### Arrested Persons

| | |
|---|---|
| Felony Arrest | 1,167 |
| Misdemeanor Arrests | 2,661 |

### Warrant Clearances

| | |
|---|---|
| Felony Warrants | 756 |
| Misdemeanor Warrant | 1,664 |
| Municipal Warrants | 2,472 |

### Crashes (Accidents)

| | |
|---|---|
| Fatal Crashes | 26 |
| Crashes with Injuries | 716 |
| Non-Injury Crashes | 2,756 |

### Recovered Property

| | | |
|---|---|---|
| Narcotics | 23,973 | *Grams* |
| Stolen Vehicles | 349 | |
| Estimated Value | $2,461,611 | |
| Weapons | 14 | |
| Estimated Value | $4,350 | |
| Estimated Value of Other Stolen Property | $147,513 | |

### Alchohol Related Offenses

| | |
|---|---|
| Felony DWI | 93 |
| Misdemeanor DWI | 730 |
| DUI Minor | 88 |
| Intoxication Manslaughter | 3 |
| Intoxication Assault | 2 |




# Bexar County Sheriff's Office
# Susan L. Pamerleau, Sheriff
### Patrol Division Brief

## Activity Summary
## January - June 2016

### Public Safety

| | |
|---|---:|
| Calls For Service | 56,415 |
| Officer Initiated Activity | 49,131 |
| Offenses Reported | 7,655 |
| Incidents Reported | 44,219 |
| Violations Issued | 28,754 |
| Warnings Issued | 16,288 |

### Crashes (Accidents)

| | |
|---|---:|
| Fatal Crashes | 11 |
| Crashes with Injuries | 413 |
| Non-Injury Crashes | 1,559 |

### Alchohol Related Offenses

| | |
|---|---:|
| Felony DWI | 47 |
| Misdemeanor DWI | 268 |
| DUI Minor | 43 |
| Intoxication Manslaughter | 0 |
| Intoxication Assault | 1 |

### Arrested Persons

| | |
|---|---:|
| Felony Arrest | 731 |
| Misdemeanor Arrests | 1,551 |

### Warrant Clearances

| | |
|---|---:|
| Felony Warrants | 426 |
| Misdemeanor Warrant | 1,018 |
| Municipal Warrants | 1,460 |

### Recovered Property

| | |
|---|---:|
| Narcotics | 27,419 *Grams* |
| Stolen Vehicles | 170 |
| Estimated Value | $1,548,707 |
| Weapons | 19 |
| Estimated Value | $6,750 |
| Estimated Value of Other Stolen Property | $40,864 |