**Exhibit C**

**SHERIFF**

**BEXAR COUNTY, TEXAS**

Established in 1731

# FIREARMS TRAINING RECORD -DEPUTY / DETENTION OFFICER

Date: _12·12·12_    Officer: _G. VASQUEZ_    Badge: _4014_

PID# _295675_    Employee No: _20789_    Last Four of SSN _4219_

Dominant Eye:   L (R)    Dominant Hand:   L (R)    Corrective Lenses:   Y (N)

Division: _PATROL_    Section / Unit: _WEST PATROL_    Contact # _____

Qualifications: ☑ Pistol Qual 2012-2013  ☐ Rifle Qual 2012-2013  ☐ Shotgun Qual 2012-2013

❖ **GLOCK Model 22 Serial #** _N PU 461_    County Owned ( Yes / )No (Circle One)
❖ Pass / Fail   (Firearm Instructors Initials and Badge Required)
❖ 1. _R258_  2. _287_  3. _(illegible)_  4. _____  5. _____  6. _____

❖ **GLOCK Model 27 Serial #** _____    County Owned Yes / No (Circle One)
❖ Pass / Fail   (Firearm Instructors Initials and Badge Required)
❖ 1. _____  2. _____  3. _____  4. _____  5. _____  6. _____

❖ **SHOTGUN** – MAKE _____ MODEL _____ SERIAL # _____
❖ County Owned   Yes / No (Circle One)
❖ Pass / Fail   (Firearm Instructors Initials and Badge Required)
❖ 1. _____  2. _____  3. _____  4. _____  5. _____  6. _____

❖ **RIFLE –** MAKE _____ MODEL _____ SERIAL # _____
❖ County Owned   Yes / No (Circle One)
❖ Pass / Fail   (Firearm Instructors Initials and Badge Required)
❖ 1. _____  2. _____  3. _____  4. _____  5. _____  6. _____

❖ **OTHER WEAPONS –** MAKE _____ MODEL _____ SERIAL # _____
❖ County Owned  Yes / No (Circle One)
❖ Pass / Fail   (Firearm Instructors Initials and Badge Required)
❖ 1. _____  2. _____  3. _____  4. _____  5. _____  6. _____

➢ **PERSONAL OWNED WEAPONS –** MAKE _____ MODEL _____ SERIAL # _____
➢ Pass / Fail   (Firearm Instructors Initials and Badge Required)
➢ 1. _____  2. _____  3. _____  4. _____  5. _____  6. _____

➢ **PERSONAL OWNED WEAPONS –** MAKE _____ MODEL _____ SERIAL # _____
➢ Pass / Fail   (Firearm Instructors Initials and Badge Required)
➢ 1. _____  2. _____  3. _____  4. _____  5. _____  6. _____

To be maintained by Firearms Training Unit Staff

# BEXAR COUNTY SHERIFF'S OFFICE
# TRAINING ACADEMY
# FIREARMS AND RANGE SAFETY RULES
(NO LIVE AMMUNITION IN THE CLASSROOM)



## A. CARDINAL RULES OF FIREARMS SAFETY:

1. Treat all firearms as though they are loaded.
2. Keep your finger off and outside the trigger guard until you are on target and have decided to shoot.
3. Do not point the muzzle at anything or anyone you are not willing to shoot.
4. Shoot only the intended target.
5. Be sure of your target and what is beyond it.

## B. SPECIFIC RULES FOR RANGE SAFETY:

1. Do you have any physical disability, limitation, illness or other condition that would affect your ability to participate safely in any aspect of this program? Yes _____ No _GV_ (Initials)
2. Are you under the influence of any prescription/non prescription drug or alcohol that would influence your safe participation in any aspect of this program? Yes _____ No _GV_ (Initials)
3. Ear protection, wrap around eye protection and hat with brim are required to be worn at all times while shooting on the range. This applies to shooters, instructors and observers.
4. When you pick up a firearm, keep your finger off of the trigger, point the muzzle in a safe direction, open the action and check both visually and physically to see that it is unloaded.
5. Check a second time.
6. Never give or take a firearm from anyone unless the action is open for inspection.
7. Load/reload/unload only after position is taken at the firing point and on command.
8. Keep the firearm pointed down range at all times.
9. Never draw a handgun from the holster on the range unless instructed.
10. Never draw/re-holster with your finger in the trigger guard or on the trigger.
11. NEVER holster a cocked weapon (cocked and locked weapons excluded). _GV_ (Initials)
12. Always wash hands and face in cold water after leaving the range and shower & change clothing at the end of a shooting day to reduce the possibility of lead contamination. Wash range cloths separately from family cloths.
13. Never go forward of the firing line unless instructed.
14. Never step back from the firing line unless your handgun is safely holstered, and the instructor directs you to do so.
15. While on the firing line, never bend over to retrieve dropped articles until instructed to do so.
16. No talking on the firing line except by, or with an instructor.
17. No eating, chewing tobacco or smoking on the firing line.
18. Pay strict attention to the instructor, range safety officers and tower.
19. Never anticipate a command. When in doubt raise your non-shooting hand.
20. Never permit the muzzle of a firearm to touch the ground.
21. Conduct a proper safety check of the weapon before and after a training session.
22. Never dry fire on the range unless instructed to do so.
23. All safety precautions must be adhered to and will be enforced.
24. You are expected to use good judgment, and to refrain from attempting any exercise, which you may not be able to perform safely, based upon your own ability, equipment, prior training or physical condition. _GV_ (Initials)
25. Eye protection MUST be worn when cleaning any firearm. _GV_ (Initials)
26. REMEMBER: Everyone has the responsibility for range safety.

I HAVE READ AND UNDERSTAND THE FIREARMS AND RANGE SAFETY RULES.

Print Name: _G. Vasen #4014_   / Signature and Date: _#4014  12-12-12_

Approved by: _Sgt. Steve Amerson #540_

October 10, 2012 JKH
Range Instructor Initials R.J #238

**BEXAR COUNTY, TEXAS**

*Established in 1 837*

# FIREARMS TRAINING RECORD -DEPUTY / DETENTION OFFICER

Date: _8-14-14_    Officer: _Gregory Vasovz_    Badge: _4014_

PID# _295675_    Employee No: _20789_    Last Four of SSN _4219_

Dominant Eye: L /(R)    Dominant Hand: L /(R)    Corrective Lenses: Y / N

Division: _PATROL_    Section / Unit: _WST_    Contact # _210.867.0162_

Qualifications: [✔] Pistol Qual 2013-2014   [ ] Rifle Qual 2013-2014   [ ] Shotgun Qual 2013-2014

- ❖ **GLOCK Model 22 Serial #** _XHX814_    County Owned (Yes)/ No (Circle One)
- ❖ (Pass)/ Fail   (Firearm Instructors Initials and Badge Required)
- ❖ 1. _GDC 711_   2. **R. JIMENEZ #238**   4._____   5._____   6._____

- ❖ **GLOCK Model 27 Serial #** _____    County Owned Yes / No (Circle One)
- ❖ Pass / Fail   (Firearm Instructors Initials and Badge Required)
- ❖ 1._____   2._____   3._____   4._____   5._____   6._____

- ❖ **SHOTGUN** – MAKE_____ MODEL_____ SERIAL #_____
- ❖ County Owned   Yes / No (Circle One)
- ❖ Pass / Fail   (Firearm Instructors Initials and Badge Required)
- ❖ 1._____   2._____   3._____   4._____   5._____   6._____

- ❖ **RIFLE** – MAKE _____ MODEL _____ SERIAL #_____
- ❖ County Owned   Yes / No (Circle One)
- ❖ Pass / Fail   (Firearm Instructors Initials and Badge Required)
- ❖ 1._____   2._____   3._____   4._____   5._____   6._____

- ❖ **OTHER WEAPONS** – MAKE _____ MODEL _____ SERIAL #_____
- ❖ County Owned Yes / No (Circle One) Caliber _____
- ❖ Pass / Fail   (Firearm Instructors Initials and Badge Required)
- ❖ 1._____   2._____   3._____   4._____   5._____   6._____

- ➢ **PERSONAL OWNED WEAPONS** – MAKE _____ MODEL _____ SERIAL #_____
- ➢ Pass / Fail   (Firearm Instructors Initials and Badge Required) Caliber _____
- ➢ 1._____   2._____   3._____   4._____   5._____   6._____

- ➢ **PERSONAL OWNED WEAPONS** – MAKE _____ MODEL _____ SERIAL #_____
- ➢ Pass / Fail   (Firearm Instructors Initials and Badge Required) Caliber _____
- ➢ 1._____   2._____   3._____   4._____   5._____   6._____

To be maintained by Firearms Training Unit Staff

# BEXAR COUNTY SHERIFF'S OFFICE
## TRAINING ACADEMY
### FIREARMS AND RANGE SAFETY RULES
### (NO LIVE AMMUNITION IN THE CLASSROOM)



## A. CARDINAL RULES OF FIREARMS SAFETY:

1. Treat all firearms as though they are loaded.
2. Keep your finger off and outside the trigger guard until you are on target and have decided to shoot.
3. Do not point the muzzle at anything or anyone you are not willing to shoot.
4. Be sure of your target and what is beyond it.

## B. SPECIFIC RULES FOR RANGE SAFETY:

1. Do you have any physical disability, limitation, illness or other condition that would affect your ability to participate safely in any aspect of this program? Yes _____ No ✔ (Initials)
2. Are you under the influence of any prescription/non prescription drug or alcohol that would influence your safe participation in any aspect of this program? Yes _____ No ✔ (Initials)
3. Ear protection, wrap around eye protection are required to be worn at all times while shooting on the range. This applies to shooters, instructors and observers.
4. When you pick up a firearm, keep your finger off of the trigger, point the muzzle in a safe direction, open the action and check both visually and physically to see that it is unloaded.
5. Check a second time.
6. Never give or take a firearm from anyone unless the action is open for inspection.
7. Load/reload/unload only after position is taken at the firing point and on command.
8. Keep the firearm pointed down range at all times.
9. Never draw a handgun from the holster on the range unless instructed.
10. Never draw/re-holster with your finger in the trigger guard or on the trigger.
11. NEVER holster a cocked weapon (cocked and locked weapons excluded) ✔ (Initials)
12. Always wash hands and face in cold water after leaving the range and shower & change clothing at the end of a shooting day to reduce the possibility of lead contamination. Wash range cloths separately from family cloths.
13. Never go forward of the firing line unless instructed.
14. Never step back from the firing line unless your handgun is safely holstered, and the instructor directs you to do so.
15. While on the firing line, never bend over to retrieve dropped articles until instructed to do so.
16. No talking on the firing line except by, or with an instructor.
17. No eating, chewing tobacco or smoking on the firing line.
18. Pay strict attention to the instructor, range safety officers and tower.
19. Never anticipate a command. When in doubt raise your non-shooting hand.
20. Never permit the muzzle of a firearm to touch the ground.
21. Conduct a proper safety check of the weapon before and after a training session.
22. Never dry fire on the range unless instructed to do so.
23. All safety precautions must be adhered to and will be enforced.
24. You are expected to use good judgment, and to refrain from attempting any exercise, which you may not be able to perform safely, based upon your own ability, equipment, prior training or physical condition ✔ (Initials)
25. Eye protection MUST be worn when cleaning any firearm ✔ (Initials)
26. REMEMBER: Everyone has the responsibility for range safety.

I HAVE READ AND UNDERSTAND THE FIREARMS AND RANGE SAFETY RULES

Print Name: Gregory Vasquez / Signature and Date: _____ 8.14.14

Approved by: Sgt. S. Amerson #540

September 20, 2013 REV
Range Instructor Initials _____ #258



**SHERIFF**
**BEXAR COUNTY, TEXAS**
*Established in 1731*

# FIREARMS TRAINING RECORD -DEPUTY / DETENTION OFFICER

Date: _12·1·15_    Full Name: _Gregory Vasquez_    Badge: _4014_

PID# _295 675_    Employee No: _20787_    Last Four of SSN _4219_

Dominant Eye: L /(R)    Dominant Hand: L /(R)    Corrective Lenses: Y / N

Division: _L Patrol_    Section / Unit: _West_    Contact # _210·867·0162_

Qualifications: ☑Pistol Qual: Yr _15/16_ ☐Rifle Qual: Yr_____ ☐ Shotgun Qual: Yr_____

❖ **GLOCK Model 22 Serial #** _XHX 909_ County Owned (Yes)/ No (Circle One)
❖ ~~Pass / Fail~~  (Firearm Instructors Initials and Badge Required)
❖ 1._IX 731_ 2. _R. JIMENEZ #238_ 4._L 703_ 5._____ 6._____

❖ **GLOCK Model 27 Serial #**_____ County Owned  Yes / No (Circle One)
❖ Pass / Fail    (Firearm Instructors Initials and Badge Required)
❖ 1._____ 2._____ 3._____ 4._____ 5._____ 6._____

❖ **SHOTGUN** – MAKE_____ MODEL_____ SERIAL #_____
❖ **County Owned**    Yes / No (Circle One)
❖ Pass / Fail    (Firearm Instructors Initials and Badge Required)
❖ 1._____ 2._____ 3._____ 4._____ 5._____ 6._____

❖ **RIFLE** – MAKE_____ MODEL_____ SERIAL #_____
❖ **County Owned**    Yes / No (Circle One)
❖ Pass / Fail    (Firearm Instructors Initials and Badge Required)
❖ 1._____ 2._____ 3._____ 4._____ 5._____ 6._____

❖ **OTHER WEAPONS** – MAKE_____ MODEL_____ SERIAL #_____
❖ **County Owned**  Yes / No (Circle One)  CALIBER:_____
❖ Pass / Fail    (Firearm Instructors Initials and Badge Required)
❖ 1._____ 2._____ 3._____ 4._____ 5._____ 6._____

➢ **PERSONAL OWNED WEAPONS** – MAKE_____ MODEL_____ SERIAL #_____
➢ Pass / Fail    (Firearm Instructors Initials and Badge Required) CALIBER:_____
➢ 1._____ 2._____ 3._____ 4._____ 5._____ 6._____

➢ **PERSONAL OWNED WEAPONS** – MAKE_____ MODEL_____ SERIAL #_____
➢ Pass / Fail    (Firearm Instructors Initials and Badge Required) CALIBER:_____
➢ 1._____ 2._____ 3._____ 4._____ 5._____ 6._____

# BEXAR COUNTY SHERIFF'S OFFICE
## TRAINING ACADEMY
## FIREARMS AND RANGE SAFETY RULES
### (NO LIVE AMMUNITION IN THE CLASSROOM)



## A. CARDINAL RULES OF FIREARMS SAFETY:
1. Treat all firearms as though they are loaded.
2. Keep your finger off and outside the trigger guard until you are on target and have decided to shoot.
3. Do not point the muzzle at anything or anyone you are not willing to shoot.
4. Be sure of your target and what is beyond it.

## B. SPECIFIC RULES FOR RANGE SAFETY:
1. Do you have any physical disability, limitation, illness or other condition that would affect your ability to participate safely in any aspect of this program? Yes _____ No _GV_ (Initials)
2. Are you under the influence of any prescription/non prescription drug or alcohol that would influence your safe participation in any aspect of this program? Yes _____ No _GV_ (Initials)
3. Ear protection, wrap around eye protection are required to be worn at all times while shooting on the range. This applies to shooters, instructors and observers.
4. When you pick up a firearm, keep your finger off of the trigger, point the muzzle in a safe direction, open the action and check both visually and physically to see that it is unloaded.
5. Check a second time.
6. Never give or take a firearm from anyone unless the action is open for inspection.
7. Load/reload/unload only after position is taken at the firing point and on command.
8. Keep the firearm pointed down range at all times.
9. Never draw a handgun from the holster on the range unless instructed.
10. Never draw/re-holster with your finger in the trigger guard or on the trigger.
11. NEVER holster a cocked weapon (cocked and locked weapons excluded). _GV_ (Initials)
12. Always wash hands and face in cold water after leaving the range and shower & change clothing at the end of a shooting day to reduce the possibility of lead contamination. Wash range cloths separately from family cloths.
13. Never go forward of the firing line unless instructed.
14. Never step back from the firing line unless your handgun is safely holstered, and the instructor directs you to do so.
15. While on the firing line, never bend over to retrieve dropped articles until instructed to do so.
16. No talking on the firing line except by, or with an instructor.
17. No eating, chewing tobacco or smoking on the firing line.
18. Pay strict attention to the instructor, range safety officers and tower.
19. Never anticipate a command. When in doubt raise your non-shooting hand.
20. Never permit the muzzle of a firearm to touch the ground.
21. Conduct a proper safety check of the weapon before and after a training session.
22. Never dry fire on the range unless instructed to do so.
23. All safety precautions must be adhered to and will be enforced.
24. You are expected to use good judgment, and to refrain from attempting any exercise, which you may not be able to perform safely, based upon your own ability, equipment, prior training or physical condition. _GV_ (Initials)
25. Eye protection MUST be worn when cleaning any firearm. _GV_ (Initials)
26. REMEMBER: Everyone has the responsibility for range safety.

I HAVE READ AND UNDERSTAND THE FIREARMS AND RANGE SAFETY RULES.

Print Name: _Gregory Vasquez_ / Signature and Date: _____ 12.11.15

Approved by: **R. JIMENEZ #238** _____ Range Instructor Initials ___



# SHERIFF
## BEXAR COUNTY, TEXAS

*Established in 1731*

03/06/15

# FIREARMS TRAINING RECORD -DEPUTY / DETENTION OFFICER

Date: 3/6/15  15   Officer: Vasay Gay   Badge: 4014

PID# 295675   Employee No: 20789   Last Four of SSN 4219

Dominant Eye:  L / R   Dominant Hand:  L /(R)   Corrective Lenses:  Y / N

Division: Le   Section / Unit: Patrol   Contact # 867·0162

Qualifications: ☐ Pistol Qual 2014 2015  ☐ Rifle Qual 2014-2015  ☐ Shotgun Qual 2014-2015

❖ **GLOCK Model 22** Serial # XHX 814 _____ County Owned (Yes)/ No (Circle One)
❖ Pass/ Fail   (Firearm Instructors Initials and Badge Required)
❖ 1. _____ 2. **R. JIMENEZ #238** ____ 4. _____ 5. _____ 6. _____

❖ **GLOCK Model 27** Serial # _____ County Owned Yes / No (Circle One)
❖ Pass / Fail   (Firearm Instructors Initials and Badge Required)
❖ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____

❖ **SHOTGUN** – MAKE _____ MODEL _____ SERIAL # _____
❖ County Owned   Yes / No (Circle One)
❖ Pass/ Fail   (Firearm Instructors Initials and Badge Required)
❖ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____

❖ **RIFLE** – MAKE _____ MODEL _____ SERIAL # _____
❖ County Owned   Yes / No (Circle One)
❖ Pass / Fail   (Firearm Instructors Initials and Badge Required)
❖ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____

❖ **OTHER WEAPONS** – MAKE _____ MODEL _____ SERIAL # _____
❖ County Owned  Yes / No (Circle One)  CALIBER: _____
❖ Pass / Fail   (Firearm Instructors Initials and Badge Required)
❖ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____

➢ **PERSONAL OWNED WEAPONS** – MAKE _____ MODEL _____ SERIAL # _____
➢ Pass / Fail   (Firearm Instructors Initials and Badge Required)  CALIBER: _____
➢ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____

➢ **PERSONAL OWNED WEAPONS** – MAKE _____ MODEL _____ SERIAL # _____
➢ Pass / Fail   (Firearm Instructors Initials and Badge Required)  CALIBER: _____
➢ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____

To be maintained by Firearms Training Unit Staff



## BEXAR COUNTY SHERIFF'S OFFICE
## TRAINING ACADEMY
## FIREARMS AND RANGE SAFETY RULES
## (NO LIVE AMMUNITION IN THE CLASSROOM)

**A. CARDINAL RULES OF FIREARMS SAFETY:**
1. Treat all firearms as though they are loaded.
2. Keep your finger off and outside the trigger guard until you are on target and have decided to shoot.
3. Do not point the muzzle at anything or anyone you are not willing to shoot.
4. Be sure of your target and what is beyond it.

**B. SPECIFIC RULES FOR RANGE SAFETY:**
1. Do you have any physical disability, limitation, illness or other condition that would affect your ability to participate safely in any aspect of this program? Yes _____ No _____ (Initials)
2. Are you under the influence of any prescription/non prescription drug or alcohol that would influence your safe participation in any aspect of this program? Yes _____ No _____ (Initials)
3. Ear protection, wrap around eye protection are required to be worn at all times while shooting on the range. This applies to shooters, instructors and observers.
4. When you pick up a firearm, keep your finger off of the trigger, point the muzzle in a safe direction, open the action and check both visually and physically to see that it is unloaded.
5. Check a second time.
6. Never give or take a firearm from anyone unless the action is open for inspection.
7. Load/reload/unload only after position is taken at the firing point and on command.
8. Keep the firearm pointed down range at all times.
9. Never draw a handgun from the holster on the range unless instructed.
10. Never draw/re-holster with your finger in the trigger guard or on the trigger.
11. NEVER holster a cocked weapon (cocked and locked weapons excluded). _____ (Initials)
12. Always wash hands and face in cold water after leaving the range and shower & change clothing at the end of a shooting day to reduce the possibility of lead contamination. Wash range cloths separately from family cloths.
13. Never go forward of the firing line unless instructed.
14. Never step back from the firing line unless your handgun is safely holstered, and the instructor directs you to do so.
15. While on the firing line, never bend over to retrieve dropped articles until instructed to do so.
16. No talking on the firing line except by, or with an instructor.
17. No eating, chewing tobacco or smoking on the firing line.
18. Pay strict attention to the instructor, range safety officers and tower.
19. Never anticipate a command. When in doubt raise your non-shooting hand.
20. Never permit the muzzle of a firearm to touch the ground.
21. Conduct a proper safety check of the weapon before and after a training session.
22. Never dry fire on the range unless instructed to do so.
23. All safety precautions must be adhered to and will be enforced.
24. You are expected to use good judgment, and to refrain from attempting any exercise, which you may not be able to perform safely, based upon your own ability, equipment, prior training or physical condition. _____ (Initials)
25. Eye protection MUST be worn when cleaning any firearm _____ (Initials)
26. REMEMBER: Everyone has the responsibility for range safety.

I HAVE READ AND UNDERSTAND THE FIREARMS AND RANGE SAFETY RULES.

Print Name: _GREGRY VASQ_ / Signature and Date: _____ 3/5/15

Approved by: _Sgt. S. Amonson 5-40_

September 23, 2014 RFO
Range Instructor Initials _____



**SHERIFF**
**BEXAR COUNTY, TEXAS**
Established in 1731

# FIREARMS TRAINING RECORD -DEPUTY / DETENTION OFFICER

Date: _4.13.16_ Full Name: _Gregory Vasa_ Badge: _4014_

PID# _295675_ Employee No: _20789_ Last Four of SSN _4219_

Dominant Eye: L (R) Dominant Hand: L (R) Corrective Lenses: (Y) N

Division: _Le / Patrol_ Section / Unit: _Patrol West_ Contact # _867.0162_

Qualifications: ☑Pistol Qual: Yr _15/16_ ☐Rifle Qual: Yr_____ ☐Shotgun Qual: Yr_____

- ❖ **GLOCK Model 22 Serial #** _X H X 909_ **County Owned** (Yes)/ No (Circle One)
- ❖ Pass / Fail (Firearm Instructors Initials and Badge Required)
- ❖ 1._____ 2. **R. JIMENEZ #238** _N0347_ 5._____ 6._____

- ❖ **GLOCK Model 27 Serial #**_____ **County Owned** Yes / No (Circle One)
- ❖ Pass / Fail (Firearm Instructors Initials and Badge Required)
- ❖ 1._____ 2._____ 3._____ 4._____ 5._____ 6._____

- ❖ **SHOTGUN** – MAKE_____ MODEL_____ SERIAL #_____
- ❖ **County Owned** Yes / No (Circle One)
- ❖ Pass / Fail (Firearm Instructors Initials and Badge Required)
- ❖ 1._____ 2._____ 3._____ 4._____ 5._____ 6._____

- ❖ **RIFLE** – MAKE_____ MODEL_____ SERIAL #_____
- ❖ **County Owned** Yes / No (Circle One)
- ❖ Pass / Fail (Firearm Instructors Initials and Badge Required)
- ❖ 1._____ 2._____ 3._____ 4._____ 5._____ 6._____

- ❖ **OTHER WEAPONS** – MAKE_____ MODEL_____ SERIAL #_____
- ❖ **County Owned** Yes / No (Circle One) CALIBER:_____
- ❖ Pass / Fail (Firearm Instructors Initials and Badge Required)
- ❖ 1._____ 2._____ 3._____ 4._____ 5._____ 6._____

- ➢ **PERSONAL OWNED WEAPONS** – MAKE_____ MODEL_____ SERIAL #_____
- ➢ Pass / Fail (Firearm Instructors Initials and Badge Required) CALIBER:_____
- ➢ 1._____ 2._____ 3._____ 4._____ 5._____ 6._____

- ➢ **PERSONAL OWNED WEAPONS** – MAKE_____ MODEL_____ SERIAL #_____
- ➢ Pass / Fail (Firearm Instructors Initials and Badge Required) CALIBER:_____
- ➢ 1._____ 2._____ 3._____ 4._____ 5._____ 6._____

# BEXAR COUNTY SHERIFF'S OFFICE
## TRAINING ACADEMY
## FIREARMS AND RANGE SAFETY RULES
### (NO LIVE AMMUNITION IN THE CLASSROOM)



**A. CARDINAL RULES OF FIREARMS SAFETY:**
1. Treat all firearms as though they are loaded.
2. Keep your finger off and outside the trigger guard until you are on target and have decided to shoot.
3. Do not point the muzzle at anything or anyone you are not willing to shoot.
4. Be sure of your target and what is beyond it.

**B. SPECIFIC RULES FOR RANGE SAFETY:**
1. Do you have any physical disability, limitation, illness or other condition that would affect your ability to participate safely in any aspect of this program? Yes _____ No _____ (Initials)
2. Are you under the influence of any prescription/non prescription drug or alcohol that would influence your safe participation in any aspect of this program? Yes _____ No _____ (Initials)
3. Ear protection, wrap around eye protection are required to be worn at all times while shooting on the range. This applies to shooters, instructors and observers.
4. When you pick up a firearm, keep your finger off of the trigger, point the muzzle in a safe direction, open the action and check both visually and physically to see that it is unloaded.
5. Check a second time.
6. Never give or take a firearm from anyone unless the action is open for inspection.
7. Load/reload/unload only after position is taken at the firing point and on command.
8. Keep the firearm pointed down range at all times.
9. Never draw a handgun from the holster on the range unless instructed.
10. Never draw/re-holster with your finger in the trigger guard or on the trigger.
11. NEVER holster a cocked weapon (cocked and locked weapons excluded) _____ (Initials)
12. Always wash hands and face in cold water after leaving the range and shower & change clothing at the end of a shooting day to reduce the possibility of lead contamination. Wash range cloths separately from family cloths.
13. Never go forward of the firing line unless instructed.
14. Never step back from the firing line unless your handgun is safely holstered, and the instructor directs you to do so.
15. While on the firing line, never bend over to retrieve dropped articles until instructed to do so.
16. No talking on the firing line except by, or with an instructor.
17. No eating, chewing tobacco or smoking on the firing line.
18. Pay strict attention to the instructor, range safety officers and tower.
19. Never anticipate a command. When in doubt raise your non-shooting hand.
20. Never permit the muzzle of a firearm to touch the ground.
21. Conduct a proper safety check of the weapon before and after a training session.
22. Never dry fire on the range unless instructed to do so.
23. All safety precautions must be adhered to and will be enforced.
24. You are expected to use good judgment, and to refrain from attempting any exercise, which you may not be able to perform safely, based upon your own ability, equipment, prior training or physical condition _____ (Initials)
25. Eye protection MUST be worn when cleaning any firearm. _____ (Initials)
26. REMEMBER: Everyone has the responsibility for range safety.

I HAVE READ AND UNDERSTAND THE FIREARMS AND RANGE SAFETY RULES.

Print Name: _Gregory Loy_ _____ / Signature and Date: _____

Approved by: ____**R. JIMENEZ #238**____ Range Instructor Initials _____



# SHERIFF
## BEXAR COUNTY, TEXAS

## FIREARMS TRAINING RECORD -DEPUTY / DETENTION OFFICER

Date: 04-18-13  Officer: Robert Sanchez  Badge: 364

PID# 101059  Employee No: 10533  Last Four of SSN 3208

Dominant Eye: L / ⓡ  Dominant Hand: L / ⓡ  Corrective Lenses: Y /ⓝ

Division: Patrol  Section / Unit: West  Contact # (210)422-8863

Qualifications: ☑ Pistol Qual 2012-2013 ☐ Rifle Qual 2012-2013 ☐ Shotgun Qual 2012-2013

❖ **GLOCK Model 22 Serial #** N PT 891  County Owned ⓨes / No (Circle One)
❖ Pass / Fail  (Firearm Instructors Initials and Badge Required)
❖ 1. 9938  2. F687  3. _____  4. _____  5. _____  6. _____

❖ **GLOCK Model 27 Serial #**_____  County Owned Yes / No (Circle One)
❖ Pass / Fail  (Firearm Instructors Initials and Badge Required)
❖ 1._____  2._____  3._____  4._____  5._____  6._____

❖ **SHOTGUN –** MAKE_____ MODEL_____ SERIAL #_____
❖ County Owned  Yes / No (Circle One)
❖ Pass / Fail  (Firearm Instructors Initials and Badge Required)
❖ 1._____  2._____  3._____  4._____  5._____  6._____

❖ **RIFLE –** MAKE_____ MODEL_____ SERIAL #_____
❖ County Owned  Yes / No (Circle One)
❖ Pass / Fail  (Firearm Instructors Initials and Badge Required)
❖ 1._____  2._____  3._____  4._____  5._____  6._____

❖ **OTHER WEAPONS –** MAKE_____ MODEL_____ SERIAL #_____
❖ County Owned  Yes / No (Circle One)  CALIBER:_____
❖ Pass / Fail  (Firearm Instructors Initials and Badge Required)
❖ 1._____  2._____  3._____  4._____  5._____  6._____

➤ **PERSONAL OWNED WEAPONS –** MAKE_____ MODEL_____ SERIAL #_____
➤ Pass / Fail  (Firearm Instructors Initials and Badge Required)  CALIBER:_____
➤ 1._____  2._____  3._____  4._____  5._____  6._____

➤ **PERSONAL OWNED WEAPONS –** MAKE_____ MODEL_____ SERIAL #_____
➤ Pass / Fail  (Firearm Instructors Initials and Badge Required)  CALIBER:_____
➤ 1._____  2._____  3._____  4._____  5._____  6._____

To be maintained by Firearms Training Unit Staff

**BEXAR COUNTY SHERIFF'S OFFICE**
**TRAINING ACADEMY**
**FIREARMS AND RANGE SAFETY RULES**
**(NO LIVE AMMUNITION IN THE CLASSROOM)**




### A. CARDINAL RULES OF FIREARMS SAFETY:

1. Treat all firearms as though they are loaded.
2. Keep your finger off and outside the trigger guard until you are on target and have decided to shoot.
3. Do not point the muzzle at anything or anyone you are not willing to shoot.
4. Be sure of your target and what is beyond it.

### B. SPECIFIC RULES FOR RANGE SAFETY:

1. Do you have any physical disability, limitation, illness or other condition that would affect your ability to participate safely in any aspect of this program? Yes _____ No _____ (Initials)
2. Are you under the influence of any prescription/non prescription drug or alcohol that would influence your safe participation in any aspect of this program? Yes _____ No _____ (Initials)
3. Ear protection, wrap around eye protection are required to be worn at all times while shooting on the range. This applies to shooters, instructors and observers.
4. When you pick up a firearm, keep your finger off of the trigger, point the muzzle in a safe direction, open the action and check both visually and physically to see that it is unloaded.
5. Check a second time.
6. Never give or take a firearm from anyone unless the action is open for inspection.
7. Load/reload/unload only after position is taken at the firing point and on command.
8. Keep the firearm pointed down range at all times.
9. Never draw a handgun from the holster on the range unless instructed.
10. Never draw/re-holster with your finger in the trigger guard or on the trigger.
11. NEVER holster a cocked weapon (cocked and locked weapons excluded). _____(Initials)
12. Always wash hands and face in cold water after leaving the range and shower & change clothing at the end of a shooting day to reduce the possibility of lead contamination. Wash range cloths separately from family cloths.
13. Never go forward of the firing line unless instructed.
14. Never step back from the firing line unless your handgun is safely holstered, and the instructor directs you to do so.
15. While on the firing line, never bend over to retrieve dropped articles until instructed to do so.
16. No talking on the firing line except by, or with an instructor.
17. No eating, chewing tobacco or smoking on the firing line.
18. Pay strict attention to the instructor, range safety officers and tower.
19. Never anticipate a command. When in doubt raise your non-shooting hand.
20. Never permit the muzzle of a firearm to touch the ground.
21. Conduct a proper safety check of the weapon before and after a training session.
22. Never dry fire on the range unless instructed to do so.
23. All safety precautions must be adhered to and will be enforced.
24. You are expected to use good judgment, and to refrain from attempting any exercise, which you may not be able to perform safely, based upon your own ability, equipment, prior training or physical condition. _____(Initials)
25. Eye protection MUST be worn when cleaning any firearm. _____ (Initials)
26. REMEMBER: Everyone has the responsibility for range safety.

I HAVE READ AND UNDERSTAND THE FIREARMS AND RANGE SAFETY RULES.

Print Name: _Robert Sanchez_ / Signature and Date: _Robert Sanchez_ _4.19.13_

Approved by: _Sgt. S._ _S40_

Feb. 25, 2013 RFJ
Range Instructor Initials

**BEXAR COUNTY, TEXAS**

*Established in 1731*

# FIREARMS TRAINING RECORD - DEPUTY / DETENTION OFFICER

Date: **08-21-14**   Officer: **Robert Sanchez** Badge: **364**

PID# **101059**   Employee No: **10533**   Last Four of SSN **3208**

Dominant Eye: L / R   Dominant Hand: L / B   Corrective Lenses: Y / N

Division: **Patrol**   Section / Unit: **West**   Contact # **(210) 232-3076**

Qualifications: ☑ Pistol Qual 2013-2014 ☐ Rifle Qual 2013-2014 ☐ Shotgun Qual 2013-2014

❖ **GLOCK Model 22 Serial #** **XHX761**   County Owned (Yes) / No (Circle One)
❖ Pass / Fail   (Firearm Instructors Initials and Badge Required)
❖ 1. ____ 2. ____ 3. ____ 4. ____ 5. ____ 6. ____

❖ **GLOCK Model 27 Serial #** ____   County Owned Yes / No (Circle One)
❖ Pass / Fail   (Firearm Instructors Initials and Badge Required)
❖ 1. ____ 2. ____ 3. ____ 4. ____ 5. ____ 6. ____

❖ **SHOTGUN** – MAKE ____ MODEL ____ SERIAL # ____
❖ County Owned   Yes / No (Circle One)
❖ Pass / Fail   (Firearm Instructors Initials and Badge Required)
❖ 1. ____ 2. ____ 3. ____ 4. ____ 5. ____ 6. ____

❖ **RIFLE** – MAKE ____ MODEL ____ SERIAL # ____
❖ County Owned   Yes / No (Circle One)
❖ Pass / Fail   (Firearm Instructors Initials and Badge Required)
❖ 1. ____ 2. ____ 3. ____ 4. ____ 5. ____ 6. ____

❖ **OTHER WEAPONS** – MAKE ____ MODEL ____ SERIAL # ____
❖ County Owned  Yes / No (Circle One) Caliber ____
❖ Pass / Fail   (Firearm Instructors Initials and Badge Required)
❖ 1. ____ 2. ____ 3. ____ 4. ____ 5. ____ 6. ____

➢ **PERSONAL OWNED WEAPONS** – MAKE ____ MODEL ____ SERIAL # ____
➢ Pass / Fail   (Firearm Instructors Initials and Badge Required) Caliber ____
➢ 1. ____ 2. ____ 3. ____ 4. ____ 5. ____ 6. ____

➢ **PERSONAL OWNED WEAPONS** – MAKE ____ MODEL ____ SERIAL # ____
➢ Pass / Fail   (Firearm Instructors Initials and Badge Required)  Caliber ____
➢ 1. ____ 2. ____ 3. ____ 4. ____ 5. ____ 6. ____

To be maintained by Firearms Training Unit Staff

BEXAR COUNTY SHERIFF'S OFFICE
TRAINING ACADEMY
FIREARMS AND RANGE SAFETY RULES
(NO LIVE AMMUNITION IN THE CLASSROOM)



## A. CARDINAL RULES OF FIREARMS SAFETY:

1. Treat all firearms as though they are loaded.
2. Keep your finger off and outside the trigger guard until you are on target and have decided to shoot.
3. Do not point the muzzle at anything or anyone you are not willing to shoot.
4. Be sure of your target and what is beyond it.

## B. SPECIFIC RULES FOR RANGE SAFETY:

1. Do you have any physical disability, limitation, illness or other condition that would affect your ability to participate safely in any aspect of this program? Yes _____ No ___ (Initials)
2. Are you under the influence of any prescription/non prescription drug or alcohol that would influence your safe participation in any aspect of this program? Yes _____ No ___ (Initials)
3. Ear protection, wrap around eye protection are required to be worn at all times while shooting on the range. This applies to shooters, instructors and observers.
4. When you pick up a firearm, keep your finger off of the trigger, point the muzzle in a safe direction, open the action and check both visually and physically to see that it is unloaded.
5. Check a second time.
6. Never give or take a firearm from anyone unless the action is open for inspection.
7. Load/reload/unload only after position is taken at the firing point and on command.
8. Keep the firearm pointed down range at all times.
9. Never draw a handgun from the holster on the range unless instructed.
10. Never draw/re-holster with your finger in the trigger guard or on the trigger.
11. NEVER holster a cocked weapon (cocked and locked weapons excluded) ___ (Initials)
12. Always wash hands and face in cold water after leaving the range and shower & change clothing at the end of a shooting day to reduce the possibility of lead contamination. Wash range cloths separately from family cloths.
13. Never go forward of the firing line unless instructed.
14. Never step back from the firing line unless your handgun is safely holstered, and the instructor directs you to do so.
15. While on the firing line, never bend over to retrieve dropped articles until instructed to do so.
16. No talking on the firing line except by, or with an instructor.
17. No eating, chewing tobacco or smoking on the firing line.
18. Pay strict attention to the instructor, range safety officers and tower.
19. Never anticipate a command. When in doubt raise your non-shooting hand.
20. Never permit the muzzle of a firearm to touch the ground.
21. Conduct a proper safety check of the weapon before and after a training session.
22. Never dry fire on the range unless instructed to do so.
23. All safety precautions must be adhered to and will be enforced.
24. You are expected to use good judgment, and to refrain from attempting any exercise, which you may not be able to perform safely, based upon your own ability, equipment, prior training or physical condition ___ (Initials)
25. Eye protection MUST be worn when cleaning any firearm. ___ (Initials)
26. REMEMBER: Everyone has the responsibility for range safety.

I HAVE READ AND UNDERSTAND THE FIREARMS AND RANGE SAFETY RULES.

Print Name: _Robert Sanchez_ / Signature and Date: _Robert Salz_

Approved by: _Sgt. S. Amerson #540_

September 20, 2013 RF
Range Instructor Initials
#238



# SHERIFF
## BEXAR COUNTY, TEXAS

*Established in 1731*

## FIREARMS TRAINING RECORD -DEPUTY / DETENTION OFFICER

Date: 04 / 21 / 15   Officer: Robert Sanchez   Badge: 36A

PID# 101059   Employee No: 10533   Last Four of SSN 3208

Dominant Eye: L/R   Dominant Hand: L/R   Corrective Lenses: Y/N

Division: Patrol   Section / Unit: West   Contact # (216) 422-8863

Qualifications: ☑ Pistol Qual 2014 2015 ☐ Rifle Qual 2014-2015 ☐ Shotgun Qual 2014-2015

❖ **GLOCK Model 22 Serial #** XHX761 _____ County Owned Yes / No (Circle One)
❖ ~~Pass / Fail~~   (Firearm Instructors Initials and Badge Required)
❖ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____

❖ **GLOCK Model 27 Serial #** _____ County Owned Yes / No (Circle One)
❖ Pass / Fail   (Firearm Instructors Initials and Badge Required)
❖ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____

❖ **SHOTGUN** – MAKE _____ MODEL _____ SERIAL # _____
❖ County Owned   Yes / No (Circle One)
❖ Pass / Fail   (Firearm Instructors Initials and Badge Required)
❖ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____

❖ **RIFLE** – MAKE _____ MODEL _____ SERIAL # _____
❖ County Owned   Yes / No (Circle One)
❖ Pass / Fail   (Firearm Instructors Initials and Badge Required)
❖ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____

❖ **OTHER WEAPONS** – MAKE _____ MODEL _____ SERIAL # _____
❖ County Owned Yes / No (Circle One)  CALIBER: _____
❖ Pass / Fail   (Firearm Instructors Initials and Badge Required)
❖ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____

➢ **PERSONAL OWNED WEAPONS** – MAKE _____ MODEL _____ SERIAL # _____
➢ Pass / Fail   (Firearm Instructors Initials and Badge Required) CALIBER: _____
➢ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____

➢ **PERSONAL OWNED WEAPONS** – MAKE _____ MODEL _____ SERIAL # _____
➢ Pass / Fail   (Firearm Instructors Initials and Badge Required) CALIBER: _____
➢ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____

To be maintained by Firearms Training Unit Staff



## BEXAR COUNTY SHERIFF'S OFFICE
## TRAINING ACADEMY
## FIREARMS AND RANGE SAFETY RULES
## (NO LIVE AMMUNITION IN THE CLASSROOM)

**A. CARDINAL RULES OF FIREARMS SAFETY:**
1. Treat all firearms as though they are loaded.
2. Keep your finger off and outside the trigger guard until you are on target and have decided to shoot.
3. Do not point the muzzle at anything or anyone you are not willing to shoot.
4. Be sure of your target and what is beyond it.

**B. SPECIFIC RULES FOR RANGE SAFETY:**
1. Do you have any physical disability, limitation, illness or other condition that would affect your ability to participate safely in any aspect of this program? Yes _____ No _____ (Initials)
2. Are you under the influence of any prescription/non prescription drug or alcohol that would influence your safe participation in any aspect of this program? Yes _____ No _____ (Initials)
3. Ear protection, wrap around eye protection are required to be worn at all times while shooting on the range. This applies to shooters, instructors and observers.
4. When you pick up a firearm, keep your finger off of the trigger, point the muzzle in a safe direction, open the action and check both visually and physically to see that it is unloaded.
5. Check a second time.
6. Never give or take a firearm from anyone unless the action is open for inspection.
7. Load/reload/unload only after position is taken at the firing point and on command.
8. Keep the firearm pointed down range at all times.
9. Never draw a handgun from the holster on the range unless instructed.
10. Never draw/re-holster with your finger in the trigger guard or on the trigger.
11. NEVER holster a cocked weapon (cocked and locked weapons excluded) _____ (Initials)
12. Always wash hands and face in cold water after leaving the range and shower & change clothing at the end of a shooting day to reduce the possibility of lead contamination. Wash range cloths separately from family cloths.
13. Never go forward of the firing line unless instructed.
14. Never step back from the firing line unless your handgun is safely holstered, and the instructor directs you to do so.
15. While on the firing line, never bend over to retrieve dropped articles until instructed to do so.
16. No talking on the firing line except by, or with an instructor.
17. No eating, chewing tobacco or smoking on the firing line.
18. Pay strict attention to the instructor, range safety officers and tower.
19. Never anticipate a command. When in doubt raise your non-shooting hand.
20. Never permit the muzzle of a firearm to touch the ground.
21. Conduct a proper safety check of the weapon before and after a training session.
22. Never dry fire on the range unless instructed to do so.
23. All safety precautions must be adhered to and will be enforced.
24. You are expected to use good judgment, and to refrain from attempting any exercise, which you may not be able to perform safely, based upon your own ability, equipment, prior training or physical condition. _____ (Initials)
25. Eye protection MUST be worn when cleaning any firearm. _____ (Initials)
26. REMEMBER: Everyone has the responsibility for range safety.

I HAVE READ AND UNDERSTAND THE FIREARMS AND RANGE SAFETY RULES.

Print Name: _Robert Concher_ / Signature and Date: _Robert Soly_ / 04/21/15

Approved by: _Sgt. S. Amerson_ #540

September 23, 2014 RFO
Range Instructor Initials _____ 238

# SHERIFF
## BEXAR COUNTY, TEXAS
*Established in 1731*

# FIREARMS TRAINING RECORD – DEPUTY / DETENTION OFFICER

Date: 01/08/16  Full Name: Robert F. Sanchez  Badge: 364

PID# _____  Employee No: 10533  Last Four of SSN 3208

Dominant Eye:  L/(R)  Dominant Hand:  L/(R)  Corrective Lenses: Y /(N)

Division: Patrol  Section / Unit: West / D20  Contact # (210)422-8863

Qualifications: ☑ Pistol Qual: Yr 15/16 ☐ Rifle Qual: Yr _____ ☐ Shotgun Qual: Yr _____

- ❖ **GLOCK Model 22 Serial #** X CE 742  County Owned (Yes)/ No (Circle One)
- ❖ (Pass)/ Fail  (Firearm Instructors Initials and Badge Required)
- ❖ 1. _____ 2. **R. JIMENEZ #238**  4. _____ 5. _____  6. _____

- ❖ **GLOCK Model 27 Serial #** _____  County Owned  Yes / No (Circle One)
- ❖ Pass / Fail  (Firearm Instructors Initials and Badge Required)
- ❖ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____

- ❖ **SHOTGUN** – MAKE _____ MODEL _____ SERIAL # _____
- ❖ **County Owned**  Yes / No (Circle One)
- ❖ Pass / Fail  (Firearm Instructors Initials and Badge Required)
- ❖ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____

- ❖ **RIFLE** – MAKE _____ MODEL _____ SERIAL # _____
- ❖ **County Owned**  Yes / No (Circle One)
- ❖ Pass / Fail  (Firearm Instructors Initials and Badge Required)
- ❖ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____

- ❖ **OTHER WEAPONS** – MAKE _____ MODEL _____ SERIAL # _____
- ❖ **County Owned**  Yes / No (Circle One)  CALIBER: _____
- ❖ Pass / Fail  (Firearm Instructors Initials and Badge Required)
- ❖ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____

- ➢ **PERSONAL OWNED WEAPONS** – MAKE _____ MODEL _____ SERIAL # _____
- ➢ Pass / Fail  (Firearm Instructors Initials and Badge Required)  CALIBER: _____
- ➢ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____

- ➢ **PERSONAL OWNED WEAPONS** – MAKE _____ MODEL _____ SERIAL # _____
- ➢ Pass / Fail  (Firearm Instructors Initials and Badge Required)  CALIBER: _____
- ➢ 1. _____ 2. _____ 3. _____ 4. _____ 5. _____ 6. _____

---

To be maintained by Firearms Training Unit Staff   BCSO Form #350-452 September / 2015



### BEXAR COUNTY SHERIFF'S OFFICE
### TRAINING ACADEMY
### FIREARMS AND RANGE SAFETY RULES
### (NO LIVE AMMUNITION IN THE CLASSROOM)

**A. CARDINAL RULES OF FIREARMS SAFETY:**
1. Treat all firearms as though they are loaded.
2. Keep your finger off and outside the trigger guard until you are on target and have decided to shoot.
3. Do not point the muzzle at anything or anyone you are not willing to shoot.
4. Be sure of your target and what is beyond it.

**B. SPECIFIC RULES FOR RANGE SAFETY:**
1. Do you have any physical disability, limitation, illness or other condition that would affect your ability to participate safely in any aspect of this program? Yes _____ No ____ (Initials)
2. Are you under the influence of any prescription/non prescription drug or alcohol that would influence your safe participation in any aspect of this program? Yes _____ No ____ (Initials)
3. Ear protection, wrap around eye protection are required to be worn at all times while shooting on the range. This applies to shooters, instructors and observers.
4. When you pick up a firearm, keep your finger off of the trigger, point the muzzle in a safe direction, open the action and check both visually and physically to see that it is unloaded.
5. Check a second time.
6. Never give or take a firearm from anyone unless the action is open for inspection.
7. Load/reload/unload only after position is taken at the firing point and on command.
8. Keep the firearm pointed down range at all times.
9. Never draw a handgun from the holster on the range unless instructed.
10. Never draw/re-holster with your finger in the trigger guard or on the trigger.
11. NEVER holster a cocked weapon (cocked and locked weapons excluded). ____ (Initials)
12. Always wash hands and face in cold water after leaving the range and shower & change clothing at the end of a shooting day to reduce the possibility of lead contamination. Wash range cloths separately from family cloths.
13. Never go forward of the firing line unless instructed.
14. Never step back from the firing line unless your handgun is safely holstered, and the instructor directs you to do so.
15. While on the firing line, never bend over to retrieve dropped articles until instructed to do so.
16. No talking on the firing line except by, or with an instructor.
17. No eating, chewing tobacco or smoking on the firing line.
18. Pay strict attention to the instructor, range safety officers and tower.
19. Never anticipate a command. When in doubt raise your non-shooting hand.
20. Never permit the muzzle of a firearm to touch the ground.
21. Conduct a proper safety check of the weapon before and after a training session.
22. Never dry fire on the range unless instructed to do so.
23. All safety precautions must be adhered to and will be enforced.    .
24. You are expected to use good judgment, and to refrain from attempting any exercise, which you may not be able to perform safely, based upon your own ability, equipment, prior training or physical condition. ____ (Initials)
25. Eye protection MUST be worn when cleaning any firearm. ____ (Initials)
26. REMEMBER: Everyone has the responsibility for range safety.

I HAVE READ AND UNDERSTAND THE FIREARMS AND RANGE SAFETY RULES.

Print Name: Robert F. Sanchez Signature and Date: _Robert F. Sanchez_ /01/08/16

Approved by: __R. JIMENEZ #238__    Range Instructor Initials _____

# SHERIFF

## BEXAR COUNTY, TEXAS

Established in 1731

# FIREARMS TRAINING RECORD – DEPUTY / DETENTION OFFICER

Date: 05/18/2016  Full Name: Robert F. Sanchez  Badge: 364

PID# 101069  Employee No: 10533  Last Four of SSN 3208

Dominant Eye: ⓛ/ R  Dominant Hand: L /Ⓡ  Corrective Lenses: Y /Ⓝ

Division: L.E.  Section / Unit: Court County  Contact # (210) 422-8863

Qualifications: ☑ Pistol Qual: Yr 16/16  ☐ Rifle Qual: Yr_____  ☐ Shotgun Qual: Yr_____

- ❖ **GLOCK Model 22 Serial #** XCE742  County Owned ⒴ⓔⓢ No (Circle One)
- ❖ Pass / Fail  (Firearm Instructors Initials and Badge Required)
- ❖ 1._____  2. R. JIMENEZ #238  _____  5._____  6._____

- ❖ **GLOCK Model 27 Serial #**_____  County Owned  Yes / No (Circle One)
- ❖ Pass / Fail  (Firearm Instructors Initials and Badge Required)
- ❖ 1._____  2._____  3._____  4._____  5._____  6._____

- ❖ **SHOTGUN –** MAKE_____ MODEL_____ SERIAL #_____
- ❖ **County Owned**  Yes / No (Circle One)
- ❖ Pass / Fail  (Firearm Instructors Initials and Badge Required)
- ❖ 1._____  2._____  3._____  4._____  5._____  6._____

- ❖ **RIFLE –** MAKE_____ MODEL_____ SERIAL #_____
- ❖ **County Owned**  Yes / No (Circle One)
- ❖ Pass / Fail  (Firearm Instructors Initials and Badge Required)
- ❖ 1._____  2._____  3._____  4._____  5._____  6._____

- ❖ **OTHER WEAPONS –** MAKE_____ MODEL_____ SERIAL #_____
- ❖ **County Owned**  Yes / No (Circle One)  CALIBER:_____
- ❖ Pass / Fail  (Firearm Instructors Initials and Badge Required)
- ❖ 1._____  2._____  3._____  4._____  5._____  6._____

- ➤ **PERSONAL OWNED WEAPONS –** MAKE_____ MODEL_____ SERIAL #_____
- ➤ Pass / Fail  (Firearm Instructors Initials and Badge Required)  CALIBER:_____
- ➤ 1._____  2._____  3._____  4._____  5._____  6._____

- ➤ **PERSONAL OWNED WEAPONS –** MAKE_____ MODEL_____ SERIAL #_____
- ➤ Pass / Fail  (Firearm Instructors Initials and Badge Required)  CALIBER:_____
- ➤ 1._____  2._____  3._____  4._____  5._____  6._____

To be maintained by Firearms Training Unit Staff   BCSO Form #350-452 September / 2015

# BEXAR COUNTY SHERIFF'S OFFICE
## TRAINING ACADEMY
### FIREARMS AND RANGE SAFETY RULES
### (NO LIVE AMMUNITION IN THE CLASSROOM)



**A. CARDINAL RULES OF FIREARMS SAFETY:**
1. Treat all firearms as though they are loaded.
2. Keep your finger off and outside the trigger guard until you are on target and have decided to shoot.
3. Do not point the muzzle at anything or anyone you are not willing to shoot.
4. Be sure of your target and what is beyond it.

**B. SPECIFIC RULES FOR RANGE SAFETY:**
1. Do you have any physical disability, limitation, illness or other condition that would affect your ability to participate safely in any aspect of this program? Yes _____ No _XUA_ (Initials)
2. Are you under the influence of any prescription/non prescription drug or alcohol that would influence your safe participation in any aspect of this program? Yes _____ No _XW_ (Initials)
3. Ear protection, wrap around eye protection are required to be worn at all times while shooting on the range. This applies to shooters, instructors and observers.
4. When you pick up a firearm, keep your finger off of the trigger, point the muzzle in a safe direction, open the action and check both visually and physically to see that it is unloaded.
5. Check a second time.
6. Never give or take a firearm from anyone unless the action is open for inspection.
7. Load/reload/unload only after position is taken at the firing point and on command.
8. Keep the firearm pointed down range at all times.
9. Never draw a handgun from the holster on the range unless instructed.
10. Never draw/re-holster with your finger in the trigger guard or on the trigger.
11. NEVER holster a cocked weapon (cocked and locked weapons excluded). _UP_ (Initials)
12. Always wash hands and face in cold water after leaving the range and shower & change clothing at the end of a shooting day to reduce the possibility of lead contamination. Wash range cloths separately from family cloths.
13. Never go forward of the firing line unless instructed.
14. Never step back from the firing line unless your handgun is safely holstered, and the instructor directs you to do so.
15. While on the firing line, never bend over to retrieve dropped articles until instructed to do so.
16. No talking on the firing line except by, or with an instructor.
17. No eating, chewing tobacco or smoking on the firing line.
18. Pay strict attention to the instructor, range safety officers and tower.
19. Never anticipate a command. When in doubt raise your non-shooting hand.
20. Never permit the muzzle of a firearm to touch the ground.
21. Conduct a proper safety check of the weapon before and after a training session.
22. Never dry fire on the range unless instructed to do so.
23. All safety precautions must be adhered to and will be enforced.         .
24. You are expected to use good judgment, and to refrain from attempting any exercise, which you may not be able to perform safely, based upon your own ability, equipment, prior training or physical condition. _UP_ (Initials)
25. Eye protection MUST be worn when cleaning any firearm. _UX_ (Initials)
26. REMEMBER: Everyone has the responsibility for range safety.

I HAVE READ AND UNDERSTAND THE FIREARMS AND RANGE SAFETY RULES.

Print Name: _Robert Sanchez_ / Signature and Date: _Robert Seelz_ / _06/18/16_

Approved by: _R. JIMENEZ #238_     Range Instructor Initials _RJ_

DATE: _05/18/2016_

FULL NAME: _Robert Sanchez_   BADGE: _364_   PID: _101059_

**9.10 USE OF DEADLY FORCE**
A. Preparation for use of deadly force. **Effective date April 30, 2014**

1. To effectively accomplish their duties, it is recognized that during certain situations, an officer may find himself in a position of having to threaten the use of deadly force   an arising situation possessing the immediate potential of leading to the necessity to protect life or prevent serious bodily injury. *Initial* _____

2. Deputies may make special preparations for the use of deadly force as they observe the need to do so, consistent with 9.05, above. Examples of preparatory steps include, but are not all-inclusive:

a. Releasing the safety strap on holster; *Initial* _____

b. Placing the hand on pistol grips; *Initial* _____

c. Removing the firearm from its holster or pointing the firearm; or *Initial* _____

d. Removing the shotgun /rifle from the patrol vehicle. *Initial* _____

e. Generally, an officer may use deadly force only in situations, which indicate that, the officer or another person may be seriously injured or killed in the deadly force is not used. *Initial* _____

f. "Deadly force" means force that is intended or known by the actor to cause, or in the manner of its use or intended use, is capable of causing, death or serious bodily injury: *Initial* _____

1) The discharge of a firearm is deadly force if directed at a person or at a location where persons may be; *Initial* _____

2) The use of a choke hold (carotid choke) calculated to induce unconsciousness IS DEADLY FORCE; *Initial* _____

3) The use of an ASP® baton to the head, face, throat, neck, or kidney IS DEADLY FORCE; *Initial* _____

4) Striking a person in the head, face, throat, neck, or kidney with a flashlight IS DEADLY FORCE; *Initial* _____

5) Heavy or repeated strikes to the head, face, throat, neck, or kidney with the hands or feet may be considered DEADLY FORCE under certain circumstances. *Initial* _____

g. It shall be incumbent on every officer to exhaust every reasonable means of employing only that amount of deadly force necessary to accomplish the purpose. *Initial* _____

h. Where feasible, a verbal warning shall be given to the offender prior to the use of deadly force. *Initial* _____

i. Once the immediate danger of death or serious bodily injury to an officer or another person has passed, deadly force shall not be used. *Initial* _____

j. To the extent an officer has reasonable time for consideration, he shall never use deadly force which creates a greater risk to self and others (such as hostages, bystanders, and other Deputies) of death or serious bodily injury, than if he did not use such deadly force. *Initial* _____

This decision must reflect the circumstances, for example:

1) The nature and seriousness of the risk of injury; *Initial* _____

2) The age, physical condition, and behavior of the suspect; *Initial* _____

3) Relevant action by any third parties; *Initial* _____

4) Physical conditions at the scene, such as visibility; *Initial* _____

5) The feasibility of alternative actions; and *Initial* _____

6) The opportunity and actual ability of the suspect to injure the officer or others. *Initial* _____

k. Deadly force against one who is fleeing from custody or who is fleeing immediately after committing a felony offense is prohibited, unless immediately necessary to protect against a substantial and immediate risk that the subject will cause death or serious bodily harm to the officer or a third person. *Initial* _____

l. A Carotid Neck Hold is considered to be deadly force even if the only objective is to induce temporary unconsciousness. This application of force is also referred to as a carotid neck restraint or a carotid chokehold. Regardless of the name used, it is described as the application of force or pressure to the neck or throat of the suspect. This technique is unauthorized except in situations where the officer would be justified in using deadly force against an individual. *Initial* _____

m. Striking a suspect anywhere on the body with a metal or plastic flashlight is unauthorized. Deputies are not to use their flashlights as clubs or nightsticks. Striking anyone with a flashlight is only acceptable in situations where the officer would be justified in using deadly force against an individual. *Initial* _____

n. The following are examples which may be considered deadly force situations depending on the circumstance:

1) Shooting at, or stabbing an officer; *Initial* _____

2) Striking an officer with a club or a blunt instrument; *Initial* _____

3) The pointing of a firearm at an officer; *Initial* _____

Robert Sanchez #364, OC/18/2016, PID# 101059

4) Advancement towards an officer by a suspect exhibiting a firearm, knife or club in a manner and in close enough proximity to the officer to give reason to believe that the officer may be assaulted; *Initial*

5) A physical struggle in which the suspect is attempting to remove or has removed the officer's firearm or less lethal weaponry from the officer's possession. *Initial*

**9.11 WEAPONS DISCHARGE**
Discharge of a weapon by an officer is prohibited:
A. As a warning shot; *Initial*

B. In misdemeanor situations, except those instances consistent with paragraph 9.05 B; *Initial*

C. Solely to protect property; *Initial*

D. From a moving vehicle, at a moving vehicle, or fleeing vehicle, except where any of the occupants of said suspect vehicle are discharging or attempting to discharge a firearm at or in the direction of the officer or a third person, or the suspect vehicle is pursuing an officer who is trapped with no possible avenue or means to escape the suspect vehicle; *Initial*

E. To effect an arrest or prevent an escape, unless immediately necessary to protect the officer or another from death or serious bodily injury; and *Initial*

F. Randomly into buildings or other places where offenders are hiding unless immediately necessary to protect the officer or another from death or serious bodily injury. *Initial*

**9.12 DEADLY FORCE AGAINST ANIMALS**
A. Deadly force is sometimes required against animals. It may be used by an officer to protect self or another from serious bodily injury when no reasonable alternatives exist. *Initial*

B. Except in the above instances, an officer's supervisor must approve the killing of a dangerous animal or one that is so badly injured that humanity requires it's removal from further suffering. When expediently possible, it is referred, but not mandatory, that the permission of the owner be obtained unless it is a wild animal. *Initial*

**9.13 REQUIRED REPORTS**
A. When a deputy requires any force to effect an arrest, subdue, or control an arrested person or prisoner; or in any other situation, the deputy shall fully document and described in writing the reasons for the use of force in the BCSO report. A detailed descriptive version of the facts leading up to the officer's use of force is required. A phrase similar to "only necessary force was used to subdue the situation" is not satisfactory and should be avoided. The report should include the cause of the situation, including verbatim as much as possible the words of the subject, and any actions or other facts pertinent which caused the Deputies to respond with force. All deputies who witnessed or participated in the incident should submit a narrative report. The deputies' supervisors should be notified as soon as possible. *Initial*

3

B. In conjunction with reporting requirements, immediately notify the Deputy Chief and Sheriff whenever deadly force is used. *Initial*_____

## 9.14 INVESTIGATIONS REQUIRED

A. Other than complete reports required in paragraph 9.09 above, no separate investigation is usually conducted unless a complaint is received making specific allegations against the deputies involved. If required, the Professional Standards & Integrity Division will conduct the investigation. *Initial*_____

B. In instances of shots fired, two distinctions are drawn:

1. An officer's supervisor is notified if there is an accidental discharge of a weapon by an officer or shots are fired by an officer resulting in no hits. During the officer's off-duty hours, the ranking Patrol Supervisor shall ensure that the affected Division Chief is notified for purposes of investigation. *Initial*_____

2. Immediately notify an officer's supervisor when shots are fired and a person is hit. During the officer's off-duty hours, the ranking Patrol Supervisor shall ensure that the Chief, Criminal Investigations Division, is notified for purposes of investigation. *Initial*_____

## 9.15 NOTIFICATION TO SHERIFF

Any time an officer fires a weapon, on or off-duty in the absence of personal sport or for training purposes, it shall be the duty of the supervisor receiving the information to insure the Sheriff is notified. *Initial*_____

## 9.16 VIOLATIONS OF POLICY

A. Violations of this policy and philosophy require an investigation reportable to the Bexar County Sheriff's Office and will result in appropriate disciplinary action. *Initial*_____

B. Approval to carry and/or use of any authorized weapon or device on duty may be revoked, by the Sheriff or the Sheriff's designated representative, at any point that a Deputy has demonstrated an inability or unwillingness to strictly adhere to established organizational policy regarding the use of such weapon or device. *Initial*_____