**Exhibit D**

## Texas Commission On Law Enforcement

### Personal Information

| | | |
|---|---|---|
| **Name** | **TCOLE ID (P ID)** | **STATUS** |
| ROBERT F. SANCHEZ | 101059 | |

| Citizen | Race | Gender | Federal ID | State ID |
|---|---|---|---|---|
| Yes | Hispanic | Male | | 09114879 |

### Education Information

| Institution | Hours | Education |
|---|---|---|
| | 0 | High School |
| San Antonio College | 91 | Associate |
| The University of Texas at San Antonio | 72 | Bachelor |
| **Total Hours** | 163 | |
| **Total Training Hours** | 3260 | |

### Service History

| Appointed As | Department | Award | Service Start Date | Service End Date | Service Time |
|---|---|---|---|---|---|
| Peace Officer | BEXAR CO. SHERIFF'S OFFICE | Peace Officer License | 8/18/1992 | | 24 years, 1 months |
| Jailer | BEXAR CO. SHERIFF'S OFFICE | Jailer License | 2/2/1990 | | 26 years, 7 months |

### Total Service Time

| Description | Service Time |
|---|---|
| Jailer | 26 years, 7 months |
| Peace Officer | 24 years, 1 months |
| Total officer time | 24 years, 1 months |

Print Date: 9/6/2016

## Award Information

| Award | Type | Action | Action Date |
|---|---|---|---|
| Jailer License | License | Granted | 2/28/1990 |
| Peace Officer License | License | Granted | 8/25/1992 |
| Basic Jailer | Certificate | Certification Issued | 4/1/1990 |
| Basic Peace Officer | Certificate | Certification Issued | 8/1/1992 |
| Advanced Jailer Proficiency | Certificate | Certification Issued | 4/21/2006 |
| Intermediate Jailer Proficiency | Certificate | Certification Issued | 4/21/2006 |
| Master Jailer Proficiency | Certificate | Certification Issued | 4/21/2006 |
| Master Peace Officer | Certificate | Certification Issued | 6/7/2006 |

## Academy History

| | Date | Institution | Course Title |
|---|---|---|---|
| Completed | 6/5/1992 | San Antonio College LEA | Basic Peace Officer |

## Courses Completed

**09/01/2015 - 08/31/2017**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3523 | Inmate Transport | 6/22/2016 | 8 | Bexar Co. Sheriff's Academy | |
| 3901 | Family Violence | 5/18/2016 | 2 | Bexar Co. Sheriff's Academy | |
| 2095 | Use of Force (Non-Intermediate Core Course) | 5/18/2016 | 2 | Bexar Co. Sheriff's Academy | |
| 2055 | Firearms | 5/18/2016 | 4 | Bexar Co. Sheriff's Academy | |
| 2045 | Patrol Procedures | 5/17/2016 | 2 | Bexar Co. Sheriff's Academy | |
| 2046 | Driving | 5/17/2016 | 2 | Bexar Co. Sheriff's Academy | |
| 4065 | Canine Encounters (Intermediate/Advance) | 5/17/2016 | 4 | Bexar Co. Sheriff's Academy | Canine Encounter (Intermediate) Canine Encouter (Advance) |
| 2049 | Report Writing - general | 5/16/2016 | 1 | Bexar Co. Sheriff's Academy | |
| 3184 | 84th Legislative Session Legal Update | 5/16/2016 | 3 | Bexar Co. Sheriff's Academy | 84th Session State and Federal Law Update |
| 3275 | Missing and Exploited Children | 5/16/2016 | 4 | Bexar Co. Sheriff's Academy | Missing and Exploited Children (Advance) Missing and Exploited Children (Intermediate) |

# Courses Completed

**09/01/2015 - 08/31/2017**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2055 | Firearms | 1/8/2016 | 4 | Bexar Co. Sheriff's Academy | |
| | | **Unit Hours** | **36** | | |

**09/01/2013 - 08/31/2015**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2055 | Firearms | 4/21/2015 | 4 | Bexar Co. Sheriff's Academy | |
| 3845 | CPR | 4/21/2015 | 4 | Bexar Co. Sheriff's Academy | |
| 3930 | Ethics - General In-Service Training | 4/20/2015 | 1 | Bexar Co. Sheriff's Academy | |
| 57007 | Bloodbourne Pathogens | 4/20/2015 | 2 | Bexar Co. Sheriff's Academy | |
| 57011 | Officer Survival. | 4/20/2015 | 2 | Bexar Co. Sheriff's Academy | |
| 3852 | Communications Operations / 911 | 4/20/2015 | 1 | Bexar Co. Sheriff's Academy | |
| 2049 | Report Writing - general | 4/20/2015 | 2 | Bexar Co. Sheriff's Academy | |
| 77427 | PoliceOne- Sexual Harassment Training - Awareness | 11/20/2014 | 1 | Bexar Co. Sheriff's Academy | |
| 2095 | Use of Force (Non-Intermediate Core Course) | 8/22/2014 | 2 | Bexar Co. Sheriff's Academy | |
| 2096 | Arrest, Search & Seizure (Non-Intermediate Core Co | 8/22/2014 | 2 | Bexar Co. Sheriff's Academy | |
| 3285 | Identification Techniques - General | 8/22/2014 | 1 | Bexar Co. Sheriff's Academy | |
| 3183 | 83rd Legislative Session Legal Update | 8/22/2014 | 3 | Bexar Co. Sheriff's Academy | 83rd Session State and Federal Law Update |
| 3342 | Tactical Firearms Training | 8/21/2014 | 3 | Bexar Co. Sheriff's Academy | |
| 2055 | Firearms | 8/21/2014 | 4 | Bexar Co. Sheriff's Academy | |
| 2055 | Firearms | 8/21/2014 | 1 | Bexar Co. Sheriff's Academy | |
| 38719 | Communication | 8/20/2014 | 4 | Bexar Co. Sheriff's Academy | |
| 2049 | Report Writing - general | 8/20/2014 | 4 | Bexar Co. Sheriff's Academy | |
| | | **Unit Hours** | **41** | | |

**09/01/2011 - 08/31/2013**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3344 | Less Lethal Electronic Control Device Training | 8/6/2013 | 6 | Bexar Co. Sheriff's Academy | |
| 3400 | Traffic | 5/22/2013 | 3 | Bexar Co. Sheriff's Academy | |

# Courses Completed

**09/01/2011 - 08/31/2013**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3843 | CIT-Update | 4/19/2013 | 8 | Bexar Co. Sheriff's Academy | Crisis Intervention Training<br>Peace Officer Intermediate Options<br>Peace Officer Intermediate Options 2009-09 |
| 2055 | Firearms | 4/18/2013 | 1 | Bexar Co. Sheriff's Academy | |
| 3500 | Jail | 4/18/2013 | 3 | Bexar Co. Sheriff's Academy | |
| 3845 | CPR | 4/18/2013 | 4 | Bexar Co. Sheriff's Academy | |
| 3939 | Cultural Diversity | 4/17/2013 | 8 | Bexar Co. Sheriff's Academy | Cultural Diversity (Intermediate) |
| 2046 | Driving | 11/9/2012 | 8 | Bexar Co. Sheriff's Academy | |
| 3409 | Crash Reporting & Analysis Course (TXDOT) | 7/16/2012 | 4 | Bexar Co. Sheriff's Academy | |
| 3300 | Patrol/Tactical | 4/13/2012 | 8 | Bexar Co. Sheriff's Academy | |
| 3182 | 82nd Legislative Session Legal Update | 4/12/2012 | 3 | Bexar Co. Sheriff's Academy | 82nd Session State and Federal Law Update |
| 2055 | Firearms | 4/12/2012 | 4 | Bexar Co. Sheriff's Academy | |
| 2003 | Constitutional Law | 4/12/2012 | 1 | Bexar Co. Sheriff's Academy | |
| 3400 | Traffic | 4/11/2012 | 4 | Bexar Co. Sheriff's Academy | |
| 2095 | Use of Force (Non-Intermediate Core Course) | 4/11/2012 | 4 | Bexar Co. Sheriff's Academy | |
| 3344 | Less Lethal Electronic Control Device Training | 12/12/2011 | 8 | Bexar Co. Sheriff's Academy | |
| | | **Unit Hours** | **77** | | |

**09/01/2009 - 08/31/2011**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3181 | 81st Legislative Session Legal Update | 8/11/2011 | 3 | Bexar Co. Sheriff's Academy | State and Federal Law Update |
| 3400 | Traffic | 2/24/2011 | 2 | Texas Municipal Police Association | |
| 3344 | Less Lethal Electronic Control Device Training | 1/25/2011 | 10 | Bexar Co. Sheriff's Academy | |
| 3800 | Technical/Specialized | 9/24/2010 | 2 | Bexar Co. Sheriff's Academy | |
| 3800 | Technical/Specialized | 9/24/2010 | 2 | Bexar Co. Sheriff's Academy | |
| 3856 | First Aid / EMT / ECA (not course 3830) | 9/24/2010 | 4 | Bexar Co. Sheriff's Academy | |
| 2055 | Firearms | 9/23/2010 | 8 | Bexar Co. Sheriff's Academy | |
| 3400 | Traffic | 9/22/2010 | 3 | Bexar Co. Sheriff's Academy | |
| 3800 | Technical/Specialized | 9/22/2010 | 4 | Bexar Co. Sheriff's Academy | |
| 2017 | Crime Scene Investigation | 9/22/2010 | 1 | Bexar Co. Sheriff's Academy | |

# Courses Completed

**09/01/2009 - 08/31/2011**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 66800 | FEMA National Resp Plan Intro (FEMA IS-800b) | 9/21/2010 | 3 | BEXAR CO. SHERIFF'S OFFICE (Training Rosters) | |
| 66800 | FEMA National Resp Plan Intro (FEMA IS-800b) | 9/21/2010 | 3 | BEXAR CO. SHERIFF'S OFFICE (Training Rosters) | |
| 38061 | Weapons of Mass Destruction - General | 8/26/2010 | 2 | Bexar Co. Sheriff's Academy | |
| 3853 | Computer Aided Dispatch | 7/9/2010 | 3 | Bexar Co. Sheriff's Academy | |
| 3400 | Traffic | 12/15/2009 | 8 | Bexar Co. Sheriff's Academy | |
| | | **Unit Hours** | **58** | | |

**09/01/2007 - 08/31/2009**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3702 | Field Training Officer | 5/15/2009 | 40 | Bexar Co. Sheriff's Academy | |
| 3800 | Technical/Specialized | 3/20/2009 | 32 | Bexar Co. Sheriff's Academy | |
| 3807 | TCIC/NCIC for Less than Full Access Operators | 3/19/2009 | 8 | Bexar Co. Sheriff's Academy | |
| 3800 | Technical/Specialized | 10/26/2007 | 40 | Bexar Co. Sheriff's Academy | |
| 3800 | Technical/Specialized | 10/11/2007 | 8 | Bexar Co. Sheriff's Academy | |
| | | **Unit Hours** | **128** | | |

**09/01/2005 - 08/31/2007**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3800 | Technical/Specialized | 8/10/2007 | 40 | Bexar Co. Sheriff's Academy | |
| 3232 | Special Investigative Topics | 6/9/2006 | 4 | Bexar Co. Sheriff's Academy | Special Investigative Topics (Intermediate) |
| 3800 | Technical/Specialized | 6/9/2006 | 16 | Bexar Co. Sheriff's Academy | |
| 3939 | Cultural Diversity | 6/8/2006 | 4 | Bexar Co. Sheriff's Academy | Cultural Diversity (Intermediate) |
| 3841 | Crisis Intervention Training | 6/6/2006 | 16 | Bexar Co. Sheriff's Academy | Crisis Intervention Training<br>Crisis Intervention Training (AdvPOC) For IntPOC issued before 9/1/2005)<br>Peace Officer Intermediate Options<br>Peace Officer Intermediate Options 1987-01<br>Peace Officer Intermediate Options 2005-01<br>Peace Officer Intermediate Options 2006-01<br>Peace Officer Intermediate Options 2009-09 |

# Courses Completed

**09/01/2005 - 08/31/2007**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3277 | Identity Theft | 3/28/2006 | 16 | Bexar Co. Sheriff's Academy | Identity Theft (Intermediate) |
| | | **Unit Hours** | 96 | | |

**09/01/2003 - 08/31/2005**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3800 | Technical/Specialized | 12/3/2004 | 37 | Bexar Co. Sheriff's Academy | |
| 3277 | Identity Theft | 11/30/2004 | 3 | Bexar Co. Sheriff's Academy | Identity Theft (Intermediate) |
| 3800 | Technical/Specialized | 7/9/2004 | 40 | Bexar Co. Sheriff's Academy | |
| 3800 | Technical/Specialized | 12/10/2003 | 8 | Bexar Co. Sheriff's Academy | |
| 3601 | Recognition of Child Abuse or Neglect | 9/9/2003 | 16 | Bexar Co. Sheriff's Academy | |
| | | **Unit Hours** | 104 | | |

**09/01/2001 - 08/31/2003**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3800 | Technical/Specialized | 3/7/2003 | 40 | Bexar Co. Sheriff's Academy | |
| 3800 | Technical/Specialized | 2/7/2002 | 26 | Bexar Co. Sheriff's Academy | |
| 3939 | Cultural Diversity | 2/5/2002 | 4 | Bexar Co. Sheriff's Academy | Cultural Diversity (Intermediate) |
| 3257 | Combined Asset Forfeiture and Racial Profiling | 2/4/2002 | 6 | Bexar Co. Sheriff's Academy | Asset Forfeiture (Intermediate) Racial Profiling (Intermediate) |
| 3232 | Special Investigative Topics | 2/4/2002 | 4 | Bexar Co. Sheriff's Academy | Special Investigative Topics (Intermediate) |
| | | **Unit Hours** | 80 | | |

**09/01/1999 - 08/31/2001**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3800 | Technical/Specialized | 8/31/2001 | 32 | Bexar Co. Sheriff's Academy | |
| 3232 | Special Investigative Topics | 8/27/2001 | 4 | Bexar Co. Sheriff's Academy | Special Investigative Topics (Intermediate) |
| 3939 | Cultural Diversity | 8/27/2001 | 4 | Bexar Co. Sheriff's Academy | Cultural Diversity (Intermediate) |
| 2106 | Crime Scene Investigation (Intermediate) | 6/7/2000 | 24 | Bexar Co. Sheriff's Academy | Crime Scene Investigation (Intermediate) |

# Courses Completed

**09/01/1999 - 08/31/2001**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 2108 | Arrest, Search, and Seizure (Intermediate) | 6/2/2000 | 16 | Bexar Co. Sheriff's Academy | Arrest, Search, and Seizure (Intermediate) |
| 3232 | Special Investigative Topics | 3/3/2000 | 4 | Bexar Co. Sheriff's Academy | Special Investigative Topics (Intermediate) |
| 3939 | Cultural Diversity | 3/3/2000 | 4 | Bexar Co. Sheriff's Academy | Cultural Diversity (Intermediate) |
| 3800 | Technical/Specialized | 3/3/2000 | 40 | Bexar Co. Sheriff's Academy | |
| 3213 | Family Violence Web | 3/2/2000 | 4 | TCLEOSE/UT DISTANCE EDUCATION | |
| 3223 | Child Abuse Web without Exercises | 2/28/2000 | 4 | TCLEOSE/UT DISTANCE EDUCATION | |
| 393 | Cultural Diversity Web | 2/28/2000 | 4 | TCLEOSE/UT DISTANCE EDUCATION | |
| 3253 | Sex Offender Characteristics Web w/o Exercises | 2/28/2000 | 4 | TCLEOSE/UT DISTANCE EDUCATION | |
| 3243 | Sexual Assault Web w/o Exercises | 2/28/2000 | 4 | TCLEOSE/UT DISTANCE EDUCATION | |
| 3400 | Traffic | 9/24/1999 | 4 | Bexar Co. Sheriff's Academy | |
| | | **Unit Hours** | 152 | | |

**09/01/1997 - 08/31/1999**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3800 | Technical/Specialized | 8/13/1999 | 32 | Bexar Co. Sheriff's Academy | |
| 3939 | Cultural Diversity | 8/9/1999 | 8 | Bexar Co. Sheriff's Academy | Cultural Diversity (Intermediate) |
| 3800 | Technical/Specialized | 4/1/1999 | 8 | Bexar Co. Sheriff's Academy | |
| 3800 | Technical/Specialized | 6/5/1998 | 32 | Bexar Co. Sheriff's Academy | |
| 3232 | Special Investigative Topics | 6/5/1998 | 8 | Bexar Co. Sheriff's Academy | Special Investigative Topics (Intermediate) |
| 3300 | Patrol/Tactical | 10/15/1997 | 24 | Bexar Co. Sheriff's Academy | |
| | | **Unit Hours** | 112 | | |

**09/01/1995 - 08/31/1997**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3800 | Technical/Specialized | 7/25/1997 | 32 | Bexar Co. Sheriff's Academy | |
| 3939 | Cultural Diversity | 7/25/1997 | 8 | Bexar Co. Sheriff's Academy | Cultural Diversity (Intermediate) |
| 3300 | Patrol/Tactical | 8/23/1996 | 40 | Bexar Co. Sheriff's Academy | |
| 3902 | Crime Prevention In-Service | 6/27/1996 | 12 | Texas State University Texas School Safety Center | |
| 3800 | Technical/Specialized | 6/7/1996 | 40 | Bexar Co. Sheriff's Academy | |

# Courses Completed

**09/01/1995 - 08/31/1997**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3232 | Special Investigative Topics | 6/7/1996 | 12 | Bexar Co. Sheriff's Academy | Special Investigative Topics (Intermediate) |
| | | **Unit Hours** | 144 | | |

**09/01/1993 - 08/31/1995**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3902 | Crime Prevention In-Service | 7/15/1995 | 12 | Texas State University Texas School Safety Center | |
| 3902 | Crime Prevention In-Service | 7/10/1995 | 8 | Texas State University Texas School Safety Center | |
| 3600 | Juvenile | 6/30/1995 | 32 | Texas State University Texas School Safety Center | |
| 3300 | Patrol/Tactical | 9/15/1994 | 340 | Bexar Co. Sheriff's Academy | |
| 2067 | S.F.S.T. Practitioner | 9/9/1994 | 24 | TEEX Central Texas Police Academy | |
| 3300 | Patrol/Tactical | 8/5/1994 | 24 | Bexar Co. Sheriff's Academy | |
| 3902 | Crime Prevention In-Service | 6/17/1994 | 12 | Texas State University Texas School Safety Center | |
| 3902 | Crime Prevention In-Service | 6/16/1994 | 16 | Texas State University Texas School Safety Center | |
| 3200 | Investigations | 3/25/1994 | 40 | Bexar Co. Sheriff's Academy | |
| | | **Unit Hours** | 508 | | |

**09/01/1991 - 08/31/1993**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 1014 | Basic Instructor Course | 4/30/1993 | 80 | Texas State University Texas School Safety Center | |
| 9999 | Other In-Service Training | 4/30/1993 | 88 | Texas State University Texas School Safety Center | |
| 1000 | Basic Peace Officer | 6/5/1992 | 400 | San Antonio College LEA | Cultural Diversity (Mandate) Special Investigative Topic (Mandate) |
| | | **Unit Hours** | 568 | | |

# Courses Completed

**09/01/1989 - 08/31/1991**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 1005 | Basic Jail Course | 4/6/1990 | 240 | Bexar Co. Sheriff's Academy | |
| | | **Unit Hours** | 240 | | |
| | | **Total Hours** | 2344 | | |

## Total Hours

| | |
|---|---|
| **TotalTraining Hours From Education** | 3260 |
| **Total Training Hours** | 2344 |
| **Total Hours** | 5604 |

*Print Date:* 9/6/2016      *Page Number:* 9

# Texas Commission On Law Enforcement

## Personal Information

| Name | TCOLE ID (P ID) | STATUS |
|---|---|---|
| GREGORY L. VASQUEZ | 295675 | |

| Citizen | Race | Gender | Federal ID | State ID |
|---|---|---|---|---|
| Yes | Hispanic | Male | | 10242579 |

## Education Information

| Institution | Hours | Education |
|---|---|---|
| | 0 | High School |
| Total Hours | 0 | |
| Total Training Hours | 0 | |

## Service History

| Appointed As | Department | Award | Service Start Date | Service End Date | Service Time |
|---|---|---|---|---|---|
| Peace Officer | BEXAR CO. SHERIFF'S OFFICE | Peace Officer License | 5/19/2005 | | 11 years, 4 months |
| Jailer | BEXAR CO. SHERIFF'S OFFICE | Jailer License | 2/24/2003 | | 13 years, 7 months |

## Total Service Time

| Description | Service Time |
|---|---|
| Jailer | 13 years, 7 months |
| Peace Officer | 11 years, 4 months |
| Total officer time | 11 years, 4 months |

## Award Information

| Award | Type | Action | Action Date |
|---|---|---|---|
| Temporary Jailer License | License | | |
| | | Granted | 3/11/2003 |
| | | Expired - Time limit exceeded | 1/11/2007 |
| Jailer License | License | | |
| | | Granted | 5/1/2003 |
| Peace Officer License | License | | |
| | | Granted | 5/26/2005 |
| Basic Jailer | Certificate | | |
| | | Certification Issued | 5/18/2004 |
| Basic Peace Officer | Certificate | | |
| | | Certification Issued | 1/30/2007 |

| Print Date: 9/6/2016 | | Page Number: 1 |
|---|---|---|

## Academy History

| | Date | Institution | Course Title |
|---|---|---|---|
| Completed | 4/20/2005 | San Antonio College LEA | Basic Peace Officer |
| Completed | 2/24/2003 | Bexar Co. Sheriff's Academy | Basic County Jail Course |

## Courses Completed

**09/01/2015 - 08/31/2017**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3901 | Family Violence | 4/13/2016 | 2 | Bexar Co. Sheriff's Academy | |
| 2055 | Firearms | 4/13/2016 | 4 | Bexar Co. Sheriff's Academy | |
| 2095 | Use of Force (Non-Intermediate Core Course) | 4/13/2016 | 2 | Bexar Co. Sheriff's Academy | |
| 4065 | Canine Encounters (Intermediate/Advance) | 4/12/2016 | 4 | Bexar Co. Sheriff's Academy | Canine Encounter (Intermediate) Canine Encouter (Advance) |
| 2045 | Patrol Procedures | 4/12/2016 | 2 | Bexar Co. Sheriff's Academy | |
| 2046 | Driving | 4/12/2016 | 2 | Bexar Co. Sheriff's Academy | |
| 2049 | Report Writing - general | 4/11/2016 | 1 | Bexar Co. Sheriff's Academy | |
| 3184 | 84th Legislative Session Legal Update | 4/11/2016 | 3 | Bexar Co. Sheriff's Academy | 84th Session State and Federal Law Update |
| 3275 | Missing and Exploited Children | 4/11/2016 | 4 | Bexar Co. Sheriff's Academy | Missing and Exploited Children (Advance) Missing and Exploited Children (Intermediate) |
| 3830 | General First Aid Training | 3/10/2016 | 2 | Bexar Co. Sheriff's Academy | |
| 2055 | Firearms | 12/11/2015 | 4 | Bexar Co. Sheriff's Academy | |
| | | **Unit Hours** | 30 | | |

**09/01/2013 - 08/31/2015**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3322 | Patrol Rifle | 7/15/2015 | 24 | Bexar Co. Sheriff's Academy | |
| 3845 | CPR | 3/6/2015 | 4 | Bexar Co. Sheriff's Academy | |
| 2055 | Firearms | 3/6/2015 | 4 | Bexar Co. Sheriff's Academy | |
| 3930 | Ethics - General In-Service Training | 3/5/2015 | 1 | Bexar Co. Sheriff's Academy | |
| 57007 | Bloodbourne Pathogens | 3/5/2015 | 2 | Bexar Co. Sheriff's Academy | |
| 2049 | Report Writing - general | 3/5/2015 | 2 | Bexar Co. Sheriff's Academy | |
| 3852 | Communications Operations / 911 | 3/5/2015 | 1 | Bexar Co. Sheriff's Academy | |
| 57011 | Officer Survival. | 3/5/2015 | 2 | Bexar Co. Sheriff's Academy | |
| 3347 | Less Lethal Electronic Control Device Update | 3/4/2015 | 8 | Bexar Co. Sheriff's Academy | |
| 77427 | PoliceOne- Sexual Harassment Training - Awareness | 11/20/2014 | 1 | Bexar Co. Sheriff's Academy | |

Print Date: 9/6/2016    Page Number: 2

# Courses Completed

**09/01/2013 - 08/31/2015**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3183 | 83rd Legislative Session Legal Update | 8/15/2014 | 3 | Bexar Co. Sheriff's Academy | 83rd Session State and Federal Law Update |
| 2095 | Use of Force (Non-Intermediate Core Course) | 8/15/2014 | 2 | Bexar Co. Sheriff's Academy | |
| 2096 | Arrest, Search & Seizure (Non-Intermediate Core Co | 8/15/2014 | 2 | Bexar Co. Sheriff's Academy | |
| 3285 | Identification Techniques - General | 8/15/2014 | 1 | Bexar Co. Sheriff's Academy | |
| 3342 | Tactical Firearms Training | 8/14/2014 | 3 | Bexar Co. Sheriff's Academy | |
| 2055 | Firearms | 8/14/2014 | 1 | Bexar Co. Sheriff's Academy | |
| 2055 | Firearms | 8/14/2014 | 4 | Bexar Co. Sheriff's Academy | |
| 38719 | Communication | 8/13/2014 | 4 | Bexar Co. Sheriff's Academy | |
| 2049 | Report Writing - general | 8/13/2014 | 4 | Bexar Co. Sheriff's Academy | |
| | | **Unit Hours** | **73** | | |

**09/01/2011 - 08/31/2013**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3344 | Less Lethal Electronic Control Device Training | 8/5/2013 | 6 | Bexar Co. Sheriff's Academy | |
| 3400 | Traffic | 5/20/2013 | 3 | Bexar Co. Sheriff's Academy | |
| 3843 | CIT-Update | 12/14/2012 | 8 | Bexar Co. Sheriff's Academy | Crisis Intervention Training Peace Officer Intermediate Options Peace Officer Intermediate Options 2009-09 |
| 3845 | CPR | 12/13/2012 | 4 | Bexar Co. Sheriff's Academy | |
| 2055 | Firearms | 12/13/2012 | 1 | Bexar Co. Sheriff's Academy | |
| 3500 | Jail | 12/13/2012 | 3 | Bexar Co. Sheriff's Academy | |
| 3939 | Cultural Diversity | 12/12/2012 | 8 | Bexar Co. Sheriff's Academy | Cultural Diversity (Intermediate) |
| 2046 | Driving | 11/1/2012 | 8 | Bexar Co. Sheriff's Academy | |
| 3257 | Combined Asset Forfeiture and Racial Profiling | 8/22/2012 | 6 | Bexar Co. Sheriff's Academy | Asset Forfeiture (Intermediate) Racial Profiling (Intermediate) |
| 3271 | Advanced Human Trafficking | 8/2/2012 | 4 | Bexar Co. Sheriff's Academy | Human Trafficking |
| 3409 | Crash Reporting & Analysis Course (TXDOT) | 7/19/2012 | 4 | Bexar Co. Sheriff's Academy | |
| 2109 | Spanish for Law Enforcement (Intermediate) | 7/13/2012 | 24 | Bexar Co. Sheriff's Academy | Spanish for Law Enforcement (Intermediate) Spanish for Telecommunicators (Intermediate) |

# Courses Completed

**09/01/2011 - 08/31/2013**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 4001 | Mental Health Officer Training Course | 3/30/2012 | 40 | Bexar Co. Sheriff's Academy | Crisis Intervention Training<br>Crisis Intervention Training (AdvPOC) For IntPOC issued before 9/1/2005)<br>Peace Officer Intermediate Options<br>Peace Officer Intermediate Options 1987-01<br>Peace Officer Intermediate Options 2005-01<br>Peace Officer Intermediate Options 2006-01<br>Peace Officer Intermediate Options 2009-09 |
| 3702 | Field Training Officer | 1/13/2012 | 40 | Bexar Co. Sheriff's Academy | |
| 3232 | Special Investigative Topics | 12/9/2011 | 8 | Bexar Co. Sheriff's Academy | Special Investigative Topics (Intermediate) |
| 3182 | 82nd Legislative Session Legal Update | 12/8/2011 | 3 | Bexar Co. Sheriff's Academy | 82nd Session State and Federal Law Update |
| 2055 | Firearms | 12/8/2011 | 4 | Bexar Co. Sheriff's Academy | |
| 2003 | Constitutional Law | 12/8/2011 | 1 | Bexar Co. Sheriff's Academy | |
| 3400 | Traffic | 12/7/2011 | 4 | Bexar Co. Sheriff's Academy | |
| 2095 | Use of Force (Non-Intermediate Core Course) | 12/7/2011 | 4 | Bexar Co. Sheriff's Academy | |
| 3344 | Less Lethal Electronic Control Device Training | 11/22/2011 | 8 | Bexar Co. Sheriff's Academy | |
| 2178 | S.F.S.T. Practitioner Update | 9/21/2011 | 6 | Bexar Co. Sheriff's Academy | |

**Unit Hours** 197

**09/01/2009 - 08/31/2011**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3344 | Less Lethal Electronic Control Device Training | 1/27/2011 | 10 | Bexar Co. Sheriff's Academy | |
| 3800 | Technical/Specialized | 1/7/2011 | 2 | Bexar Co. Sheriff's Academy | |
| 3800 | Technical/Specialized | 1/7/2011 | 2 | Bexar Co. Sheriff's Academy | |
| 3856 | First Aid / EMT / ECA (not course 3830) | 1/7/2011 | 4 | Bexar Co. Sheriff's Academy | |
| 2055 | Firearms | 1/6/2011 | 8 | Bexar Co. Sheriff's Academy | |
| 3400 | Traffic | 1/5/2011 | 3 | Bexar Co. Sheriff's Academy | |
| 3800 | Technical/Specialized | 1/5/2011 | 4 | Bexar Co. Sheriff's Academy | |
| 2017 | Crime Scene Investigation | 1/5/2011 | 1 | Bexar Co. Sheriff's Academy | |
| 38061 | Weapons of Mass Destruction - General | 8/25/2010 | 2 | Bexar Co. Sheriff's Academy | |
| 3853 | Computer Aided Dispatch | 7/9/2010 | 3 | Bexar Co. Sheriff's Academy | |

# Courses Completed

**09/01/2009 - 08/31/2011**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3807 | TCIC/NCIC for Less than Full Access Operators | 4/26/2010 | 8 | Bexar Co. Sheriff's Academy | |
| 66700 | FEMA National ICS (FEMA IS-700a) | 12/16/2009 | 3 | BEXAR CO. SHERIFF'S OFFICE (Training Rosters) | |
| 3400 | Traffic | 12/15/2009 | 8 | Bexar Co. Sheriff's Academy | |
| 66800 | FEMA National Resp Plan Intro (FEMA IS-800b) | 12/4/2009 | 3 | BEXAR CO. SHERIFF'S OFFICE (Training Rosters) | |
| 66700 | FEMA National ICS (FEMA IS-700a) | 11/16/2009 | 3 | Bexar Co. Sheriff's Academy | |
| 3800 | Technical/Specialized | 10/16/2009 | 20 | Bexar Co. Sheriff's Academy | |
| 3181 | 81st Legislative Session Legal Update | 10/14/2009 | 4 | Bexar Co. Sheriff's Academy | State and Federal Law Update |
| | | **Unit Hours** | **88** | | |

**09/01/2007 - 08/31/2009**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3800 | Technical/Specialized | 3/20/2009 | 32 | Bexar Co. Sheriff's Academy | |
| 3800 | Technical/Specialized | 3/19/2009 | 8 | Bexar Co. Sheriff's Academy | |
| 3722 | Peace Officer Field Training | 5/16/2008 | 480 | Bexar Co. Sheriff's Academy | Peace Officer Field Training |
| 3800 | Technical/Specialized | 5/9/2008 | 40 | Bexar Co. Sheriff's Academy | |
| 3300 | Patrol/Tactical | 2/22/2008 | 288 | Bexar Co. Sheriff's Academy | |
| 2046 | Driving | 2/15/2008 | 40 | Bexar Co. Sheriff's Academy | |
| 2067 | S.F.S.T. Practitioner | 1/11/2008 | 24 | Bexar Co. Sheriff's Academy | |
| 3300 | Patrol/Tactical | 1/8/2008 | 8 | Bexar Co. Sheriff's Academy | |
| 3807 | TCIC/NCIC for Less than Full Access Operators | 12/20/2007 | 8 | Texas Department of Public Safety LEA | |
| | | **Unit Hours** | **928** | | |

**09/01/2005 - 08/31/2007**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3500 | Jail | 5/15/2007 | 20 | Bexar Co. Sheriff's Academy | |

# Courses Completed

**09/01/2005 - 08/31/2007**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3841 | Crisis Intervention Training | 2/22/2007 | 16 | San Antonio College LEA | Crisis Intervention Training<br>Crisis Intervention Training (AdvPOC) For IntPOC issued before 9/1/2005)<br>Peace Officer Intermediate Options<br>Peace Officer Intermediate Options 1987-01<br>Peace Officer Intermediate Options 2005-01<br>Peace Officer Intermediate Options 2006-01<br>Peace Officer Intermediate Options 2009-09 |
| 3232 | Special Investigative Topics | 8/1/2006 | 4 | Bexar Co. Sheriff's Academy | Special Investigative Topics (Intermediate) |
| 3500 | Jail | 8/1/2006 | 12 | Bexar Co. Sheriff's Academy | |
| 3939 | Cultural Diversity | 7/31/2006 | 4 | Bexar Co. Sheriff's Academy | Cultural Diversity (Intermediate) |
| 3722 | Peace Officer Field Training | 9/21/2005 | 40 | Bexar Co. Sheriff's Academy | Peace Officer Field Training |
| 3800 | Technical/Specialized | 9/16/2005 | 32 | Bexar Co. Sheriff's Academy | |
| 3807 | TCIC/NCIC for Less than Full Access Operators | 9/15/2005 | 8 | Bexar Co. Sheriff's Academy | |
| | **Unit Hours** | | 136 | | |

**09/01/2003 - 08/31/2005**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 1000 | Basic Peace Officer | 4/20/2005 | 620 | San Antonio College LEA | Crisis Intervention Training<br>Cultural Diversity (Mandate)<br>S.F.S.T. NHTSA 24hour Practitioner<br>Special Investigative Topic (Mandate) |
| 2176 | S.F.S.T. NHTSA 24hour Practitioner - BPOC | 4/20/2005 | 0 | San Antonio College LEA | |
| 3500 | Jail | 9/9/2004 | 17 | Bexar Co. Sheriff's Academy | |
| 3277 | Identity Theft | 9/8/2004 | 3 | Bexar Co. Sheriff's Academy | Identity Theft (Intermediate) |
| 1999 | Personnel Orientation by Dept. Basic Proficiency | 5/11/2004 | 0 | OTHER TRAINING | Personnel Orientation |
| 3500 | Jail | 1/22/2004 | 20 | Bexar Co. Sheriff's Academy | |
| | **Unit Hours** | | 660 | | |

## Courses Completed

**09/01/2001 - 08/31/2003**

| Course No. | Course Title | Course Date | Course Hours | Institution | Training Mandates |
|---|---|---|---|---|---|
| 3939 | Cultural Diversity | 4/4/2003 | 8 | Bexar Co. Sheriff's Academy | Cultural Diversity (Intermediate) |
| 1007 | Basic County Jail Course | 2/24/2003 | 320 | Bexar Co. Sheriff's Academy | Cultural Diversity (Intermediate) |
| | | **Unit Hours** | 328 | | |
| | | **Total Hours** | 2440 | | |

## Total Hours

| | |
|---|---|
| **TotalTraining Hours From Education** | 0 |
| **Total Training Hours** | 2440 |
| **Total Hours** | 2440 |