IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARITZA AMADOR, Individually and as Representative of the Estate of GILBERT FLORES and as Next Friend of Minor R.M.F., VANESSA FLORES; MARISELA FLORES, CARMEN FLORES, and ROGELIO FLORES, | § § § § § § § | |
| Plaintiffs, | § § | |
| V. | § § | CIVIL ACTION NO. SA-15-CA-810-FB |
| DEPUTY GREG VASQUEZ and DEPUTY ROBERT SANCHEZ, In Their Individual Capacities, | § § § § § | |
| Defendants. | § § | |

## ORDER OF ADMINISTRATIVE CLOSURE

Before the Court is the status of the above-styled and numbered cause. This case was recently reassigned to the docket of this Court by the Honorable Robert Pitman. A review of the file reflects that Judge Pitman granted summary judgment in favor of Bexar County, Greg Vasquez, in his official capacity, and Robert Sanchez, in his official capacity. (Docket no. 160). In the same Order, Judge Pitman denied the motion for summary judgment filed by deputies Sanchez and Vasquez on the issue of qualified immunity. *Id.* Based on the representation of counsel for deputies Sanchez and Vasquez that he intended to file an interlocutory appeal of Judge Pitman's denial of qualified immunity and subsequent filing stating the same, (docket no. 163), Judge Pitman vacated a trial setting for October 23, 2017. Deputies Sanchez and Vasquez filed their notice of appeal on November 9, 2017. (Docket no. 164). On January 3, 2018, Judge Pitman entered partial final judgment as to Bexar County, Bexar County Sheriff's Office, Greg Vasquez, in his official capacity, and Robert Sanchez, in his official capacity, leaving only deputies Sanchez and Vasquez in their individual capacities remaining in the case while the Fifth Circuit reviews Judge Pitman's qualified immunity ruling. (Docket no. 166). Judge

Pitman on January 3, 2018, stayed this case and suspended all deadlines and court settings pending a determination from the Fifth Circuit. *Id.* Because a decision by the Fifth Circuit may resolve all or at least some of the issues in this case, the Court is of the opinion that this matter should be administratively closed pending a decision by the Fifth Circuit in the interlocutory appeal pending in Fifth Circuit Case No. 17-51001.

    IT IS THEREFORE ORDERED that this case is ADMINISTRATIVELY CLOSED pending a status report from the parties to be filed **within thirty days** of the date of the completion of the interlocutory appellate process in this case.

    It is so ORDERED.

    SIGNED this 9th day of April, 2018.

                                          FRED BIERY
                                          UNITED STATES DISTRICT JUDGE