IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MARITZA AMADOR**, INDIVIDUALLY AND AS REPRESENTATIVE OF THE **ESTATE OF GILBERT FLORES** AND AS NEXT FRIEND OF MINOR **R.M.F.**, **VANESSA FLORES, MARISELA FLORES, CARMEN FLORES** AND **ROGELIO FLORES**, <br><br> PLAINTIFFS, <br><br> V. <br><br> **BEXAR COUNTY, BEXAR COUNTY SHERIFF'S OFFICE, GREG VASQUEZ,** INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AND **ROBERT SANCHEZ**, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, <br><br> DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 5:15-CV-00810-RCL |

### DEFENDANTS VASQUEZ AND SANCHEZ' TRIAL EXHIBIT LIST WITH OBJECTIONS FOR JUDGE'S CONSIDERATION

| NO. | DESCRIPTION | PAGES | OBJ | ADM | NOT ADM | DATE |
|---|---|---|---|---|---|---|
| 1. | 9-1-1 Audio 9-1-1 Hang Up Call at 24414 Walnut Pass | | | | | |
| 1A. | 9-1-1 Audio 9-1-1 Second Hang Up Call at 24414 Walnut Pass | | | | | |
| 1B | 9-1-1 Audio 9-1-1 Call at 24414 Walnut Pass | | | | | |
| 2. | 9-1-1 Transcription of Audio Tape. | | | | | |
| | | | | | | |
| | | | | | | |

| NO. | DESCRIPTION | PAGES | OBJ | ADM | NOT ADM | DATE |
|---|---|---|---|---|---|---|
| 6. | August 28, 2015 Photographs of Maritza Amador. | | | | | |
| 6A | August 28, 2015 Photographs of Maritza Amador. | | | | | |
| 7. | Statement by Maritza Amador. | | | | | |
| 8. | Statement by Rogelio Flores. | | | | | |
| 9. | Statement by Carmen Flores. | | | | | |
| 10. | Autopsy Report of Gilbert Flores. | | | | | |
| 11. | Expert Ron Martinelli Video Excerpts | | | | | |
| 12. | | | | | | |
| 13. | | | | | | |
| 14. | | | | | | |
| 15. | | | | | | |
| 16. | | | | | | |
| 17. | | | | | | |
| 18. | | | | | | |
| 19. | | | | | | |
| 20. | | | | | | |
| 21. | | | | | | |
| 22. | | | | | | |
| 23. | | | | | | |
| 24. | | | | | | |
| 25. | | | | | | |
| 26. | | | | | | |
| 27. | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 28. | | | | | | |
| 29. | | | | | | |
| 30. | | | | | | |
| 31. | | | | | | |