IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MARITZA AMADOR**, INDIVIDUALLY AND AS REPRESENTATIVE OF THE **ESTATE OF GILBERT FLORES** AND AS NEXT FRIEND OF MINOR **R.M.F., VANESSA FLORES, MARISELA FLORES, CARMEN FLORES** AND **ROGELIO FLORES**, <br><br> PLAINTIFFS, <br><br> V. <br><br> **BEXAR COUNTY, BEXAR COUNTY SHERIFF'S OFFICE, GREG VASQUEZ,** INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AND **ROBERT SANCHEZ**, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, <br><br> DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 5:15-CV-00810-RCL |

**DEFENDANTS SANCHEZ AND VASQUEZ'
TRIAL EXHIBIT LIST WITHOUT OBJECTION**

| NO. | DESCRIPTION | PAGES | OBJ | ADM | NOT ADM | DATE |
|---|---|---|---|---|---|---|
| 3. | Video taken by Michael Flemings on August 28, 2015. | | | | | |
| 4. | FBI Enhanced Video | | | | | |
| 5. | August 28, 2015 Photograph of Knife. | | | | | |
| | | | | | | |