Case 5:15-cv-00810-RCL   Document 218   Filed 03/21/22   Page 1 of 1

**FILED**
March 21, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Breanna Coldewey__
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARITZA AMADOR, ET AL | § § § | |
| V | § § | CASE NO 5:15-CV-00810-RCL |
| GREG VASQUEZ, ET AL | § § § | |

## ORDER

**IT IS ORDERED** that because of the necessity of maintaining social distancing because of the COVID-19 pandemic and the delays that will be associated with jury selection and trials as a result, each day, to include the day of jury selection, the cost of subsistence of said jury panel and empaneled jury members including cost of coffee, lunch and other necessaries incurred by said jury during jury selection shall be paid by the United States Government. 28 U.S.C. § 1871(e).

ORDERED this 21st day of March, 2022.

_____
ROYCE C. LAMBERTH
SENIOR UNITED STATES DISTRICT JUDGE