FILED

MAR 2 4 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MARITZA AMADOR, Individually as next friend of Minor R.M.F., *et al.*,

   *Plaintiffs,*

v.                                                            Case No. 5:15-cv-810-RCL

GREGORY VASQUEZ, *et al.*,

   *Defendants.*

# VERDICT FORM

### Jury Question 1:

Do you find that plaintiffs have proven by a preponderance of the evidence that Defendant Gregory Vasquez used excessive and unnecessary deadly force, in violation of Gilbert Flores's federal constitutional rights, pursuant to the Court's Excessive Force Instruction?

Answer "Yes" or "No": __yes__

### Jury Question 2:

Only answer Question 2 if you answered "Yes" to Question 1. If you answered "No" to Question 1, move on to Question 3.

Do you find that plaintiffs have proven by a preponderance of the evidence that Defendant Gregory Vasquez is not entitled to qualified immunity, as explained in my Qualified Immunity Instruction?

Answer "Yes" or "No": __Yes__

Please proceed to question 3.

1

### Jury Question 3:

Do you find that plaintiffs have proven by a preponderance of the evidence that Defendant Robert Sanchez used excessive and unnecessary deadly force, in violation of Gilbert Flores's federal constitutional rights, pursuant to the Court's Excessive Force Instruction?

Answer "Yes" or "No": __Yes__

Please proceed to question 4.

### Jury Question 4:

Only answer Question 4 if you answered "Yes" to Question 3. If you answered "No" to Question 3, move on to Question 5.

Do you find that plaintiffs have proven by a preponderance of the evidence that Defendant Robert Sanchez is not entitled to qualified immunity, as explained in my Qualified Immunity Instruction?

Answer "Yes" or "No": __Yes__

Please proceed to question 5.

**Jury Question 5:**

What sum of money, if paid in cash, do you find from a preponderance of the evidence would fairly and reasonably compensate MARITZA AMADOR, Individually and as Next Friend of Minor R.M.F., VANESSA FLORES, MARISELA FLORES, CARMEN FLORES and ROGELIO FLORES for damages, if any, that resulted from the shooting death of Gilbert Flores and were caused by the defendant listed below?

Consider the elements of damages as instructed by the Court and none other. Consider each element separately:

- Pecuniary or monetary loss sustained in the past and future
- Loss of companionship and society sustained in the past and future
- Mental Anguish in the past and future

Do not award any sum of money on any element if you have otherwise, under some other element, awarded a sum of money for the same loss. That is, do not compensate twice for the same loss, if any. Do not include interest on any amount of damages you find. Answer in dollars and cents for damages, if any. Do not reduce the amounts, if any, in your answers because of the negligence, if any, of MARITZA AMADOR, Individually, Minor R.M.F., VANESSA FLORES, MARISELA FLORES, CARMEN FLORES and ROGELIO FLORES. Any recovery will be determined by the court when it applies the law to your answers at the time of judgment.

**Defendant Gregory Vasquez** (Answer only if you answered "yes" to question 2):

Answer:
- 50,000.00      MARITZA AMADOR
- 500,000.00     MINOR R.M.F.
- 250,000.00     VANESSA FLORES
- 250,000.00     MARISELA FLORES
- 200,000.00     ROGELIO FLORES
- 125,000.00     CARMEN FLORES

**Defendant Robert Sanchez** (Answer only if you answered "yes" to question 4):

Answer:
- 50,000.00      MARITZA AMADOR
- 500,000.00     MINOR R.M.F.
- 250,000.00     VANESSA FLORES
- 250,000.00     MARISELA FLORES
- 200,000.00     ROGELIO FLORES
- 125,000.00     CARMEN FLORES

Please proceed to Question 6.

3

### Jury Question 6:

Answer this question only if you answered "yes" to question 2.

What sum of money, if any, do you award in punitive damages against GREGORY VASQUEZ, pursuant to my instructions?

Answer: $5 Million

Please proceed to Question 7.

### Jury Question 7:

Answer this question only if you answered "yes" to question 4.

What sum of money, if any, do you award in punitive damages against ROBERT SANCHEZ, pursuant to my instructions?

Answer: $2.5 Million

After you have answered these questions, please have the foreperson sign and date this verdict form, then notify the Court Security Officer.

Date: March 24, 2022

_____
Jury Foreperson

4