**FILED**
April 05, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Breanna Coldewey__
DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MARITZA AMADOR**, Individually as next friend of Minor R.M.F., *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> **GREGORY VASQUEZ**, *et al.*, <br><br> *Defendants.* | Case No. 5:15-cv-810-RCL |

### ORDER

Before closing this case, it is hereby **ORDERED** that the above-captioned matter is set for a sealed hearing to commence in Courtroom E, on the 3rd Floor of the United States Federal Courthouse, 262 W. Nueva Street, San Antonio, TX on **Wednesday, April 13, 2022 at 12:30 P.M. CT.**

IT IS SO ORDERED.

Date: __4/5/22__

__Royce C. Lamberth__
Royce C. Lamberth
United States District Judge