IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MARITZA AMADOR**, INDIVIDUALLY AND AS REPRESENTATIVE OF THE **ESTATE OF GILBERT FLORES** AND AS NEXT FRIEND OF MINOR **R.M.F.**, **VANESSA FLORES, MARISELA FLORES, CARMEN FLORES** AND **ROGELIO FLORES**, <br><br> PLAINTIFFS, <br><br> V. <br><br> **GREG VASQUEZ**, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AND **ROBERT SANCHEZ**, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY, <br><br> DEFENDANTS. | § § § § § § § § § § § § § § § § § § § § § § CIVIL ACTION NO. 5:15-CV-00810-RCL |

## STIPULATION OF DISMISSAL FOR MINOR RMF

**ON THIS DAY,** came on to be heard the parties' Stipulation of Dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Court, after considering the Stipulation, the pleadings, the record, the argument of counsel and the agreement of the parties, is of the opinion that the Stipulation of Dismissal with Prejudice should be **GRANTED**. This stipulation of dismissal is approved following the court's approval of the agreement reached between the parties and confirmation by the court that the agreement has been approved by the appointed guardian ad litem for RMF and the approval of her next friend Maritza Amador. These approvals and confirmation were placed on the record in a sealed hearing on April 13, 2022.

This agreement and this dismissal incorporates the approved settlement and the release (specifically the "Confidential Release of All Claims and Indemnity Agreement") executed by the

parties herein including the qualified assignment of the minor's proceeds to MetLife Assignment Company and the schedule of payments described therein.

Assignment: The obligation to make the periodic payments described herein may be assigned to MetLife Assignment Company, Inc. and funded by an annuity contract issued by Metropolitan Tower Life Insurance Company, rated A+XV by A.M. Best.

IT IS FURTHER ORDERED that the rights to receive periodic payments granted to the minor Plaintiff(s) in this Judgment may not be sold, transferred, hypothecated, pledged, or otherwise alienated in any manner, directly or indirectly, without the prior approval of the then-sitting Judge of this Court, as evidenced by an order approving such transaction entered after compliance with all requirements of the Structured Settlement Protection Act, §§ 141.001, Texas Civil Practice and Remedies Code, as it now exists or may hereafter be amended, or any successor to such statute. Any purported or attempted sale, transfer, hypothecation, pledge, or other alienation of such payment rights that has not been so approved will be a direct violation of this order.

**IT IS THEREFORE ORDERED AND DECREED** that:

1. This case be **DISMISSED WITH PREJUDICE** and
2. All parties will bear their own court costs.

**SIGNED** this _____ day of _____, 2022.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

LAW OFFICES OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
Phone: (361)-985-0600
Fax: (361)-985-0601

By: _____
    Thomas J. Henry
    State Bar No. 09484210
    tjhenry@thomasjhenrylaw.com
    Robert P. Wilson
    State Bar No. 2178575
    rwilson-svc@thomasjhenrylaw.com
    Roger L. Turk
    SBN: 00788561
    Rturk-svc@thomasjhenrylaw.com
    Richard W. Hunnicutt III
    SBN : 10279700
    Rhunnicutt-svc@thomasjhenrylaw.com

**ATTORNEY FOR PLAINTIFFS**
**MARITZA AMADOR, AS NEXT FRIEND OF R.M.F.,**
**MARISELA AMADOR, VANESSA AMADOR, CARMEN FLORES,**
**AND ROGELIO FLORES**


**LAW OFFICES OF CHARLES S. FRIGERIO**
A Professional Corporation
Riverview Towers
111 Soledad, Suite 465
San Antonio, Texas 78205
(210) 271-7877
(210) 271-0602 Telefax
Email: Firm@FrigerioLawFirm.com


BY: /s/ Charles S. Frigerio /s/ with permission
    CHARLES S. FRIGERIO
    SBN:  07477500
**ATTORNEYS FOR DEFENDANTS**
**GREG VASQUEZ AND ROBERT SANCHEZ**