FILED
April 27, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ___Breanna Coldewey___
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| MARITZA AMADOR, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF GILBERT FLORES AND AS NEXT FRIEND OF MINOR R.M.F., VANESSA FLORES, MARISELA FLORES, CARMEN FLORES AND ROGELIO FLORES,<br><br>PLAINTIFFS,<br><br>V.<br><br>GREG VASQUEZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AND ROBERT SANCHEZ, INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY,<br><br>DEFENDANTS. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§  CIVIL ACTION NO. 5:15-CV-00810-RCL<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

## STIPULATION OF DISMISSAL

**ON THIS DAY,** came on to be heard the parties' Stipulation of Dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. The Court, after considering the Stipulation, the pleadings, the record, the argument of counsel and the agreement of the parties, is of the opinion that the Stipulation of Dismissal with Prejudice should be **GRANTED**.

**IT IS THEREFORE ORDERED AND DECREED** that:

1. This case be **DISMISSED WITH PREJUDICE** and

2. All parties will bear their own court costs.

3. In relation to the minor RMF, this dismissal shall become effective upon the approval of the settlement by the court.

SIGNED this 27th day of April, 2022.

_____
ROYCE C. LAMBERTH
UNITED STATES DISTRICT JUDGE

APPROVED AS TO FORM:

LAW OFFICES OF THOMAS J. HENRY
521 Starr Street
Corpus Christi, Texas 78401
Phone: (361)-985-0600
Fax: (361)-985-0601

By: _____/s/ *Robert P. Wilson* /s/_____
    Thomas J. Henry
    State Bar No. 09484210
    tjhenry@thomasjhenrylaw.com
    Robert P. Wilson
    State Bar No. 2178575
    rwilson-svc@thomasjhenrylaw.com
    Roger L. Turk
    SBN: 00788561
    Rturk-svc@thomasjhenrylaw.com
    Richard W. Hunnicutt III
    SBN : 10279700
    Rhunnicutt-svc@thomasjhenrylaw.com
**ATTORNEY FOR PLAINTIFFS**
**MARITZA AMADOR, AS NEXT FRIEND OF R.M.F.,**
**MARISELA AMADOR, VANESSA AMADOR, CARMEN FLORES,**
**AND ROGELIO FLORES**


**LAW OFFICES OF CHARLES S. FRIGERIO**
A Professional Corporation
Riverview Towers
111 Soledad, Suite 465
San Antonio, Texas 78205
(210) 271-7877
(210) 271-0602 Telefax
Email: Firm@FrigerioLawFirm.com


BY: //s// *Charles S. Frigerio*
    CHARLES S. FRIGERIO
    SBN: 07477500
**ATTORNEYS FOR DEFENDANTS**
**GREG VASQUEZ AND ROBERT SANCHEZ**

**DAVIS AND SANTOS PC**
SBN: 24036446
719 S. Flores St.
San Antonio, TX 78204
(210)-853-5882
(210)-200-8395 (fax)
Email: jdavis@dslawpc.com

/s/ *Jason Davis* /s/ with permission
BY:_____
         Jason Davis

ATTORNEY AD LITEM FOR MINOR RMF